ORIGINAL

FILED

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
3  GARY PLESSMAN, AUSA
   Chief, Civil Fraud Section
4  DAVID M. HARRIS
   Assistant United States Attorney
5  California State Bar No. 145173
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-8817
        Facsimile: (213) 894-2380
8       E-mail: David.M.Harris@usdoj.gov
   TONY WEST
9  Assistant Attorney General
   JOYCE R. BRANDA
10 RENÉE BROOKER
   JULLIA CALLAHAN
11 Attorneys, Civil Division
   United States Department of Justice
12      P.O. Box 261
        Ben Franklin Station
13      Washington, D.C. 20044
        Telephone:  (202) 616-0291
14      Facsimile:  (202) 516-7346
        E-mail: Jullia.Callahan@usdoj.gov
15 Attorneys for the United States of America

16              UNITED STATES DISTRICT COURT

17             CENTRAL DISTRICT OF CALIFORNIA

18                   WESTERN DIVISION

19 [Seal],                    )  No. CV 10-1031 MMM (RZx)
                              )
20          Plaintiffs        )  NOTICE OF THE UNITED STATES OF
                              )  AMERICA THAT IT IS NOT
21             v.             )  INTERVENING AT THIS TIME
                              )
22 [Seal]                     )  FILED UNDER SEAL PURSUANT TO
                              )  THE FALSE CLAIMS ACT, 31 U.S.C.
23          Defendant.        )  SECTION 3730 (b)(2)
                              )
24                            )  [LODGED CONCURRENTLY:
                              )  [PROPOSED] ORDER RE UNITED
25                            )  STATES OF AMERICA'S NOTICE OF
                              )  NON-INTERVENTION]
26                            )
                              )
27                            )
                              )
28

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California State Bar No. 145173
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8817
    Facsimile: (213) 894-2380
    E-mail: David.M.Harris@usdoj.gov
TONY WEST
Assistant Attorney General
JOYCE R. BRANDA
RENÉE BROOKER
JULLIA CALLAHAN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 616-0291
    Facsimile:  (202) 516-7346
    E-mail: Jullia.Callahan@usdoj.gov
Attorneys for the United States of America

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

[Seal],

           Plaintiffs

              v.

[Seal]

           Defendant.

No. CV 10-1031 MMM (RZx)

**NOTICE OF THE UNITED STATES OF AMERICA THAT IT IS NOT INTERVENING AT THIS TIME**

**FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2)**

[LODGED CONCURRENTLY: [PROPOSED] ORDER RE UNITED STATES OF AMERICA'S NOTICE OF NON-INTERVENTION]

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
3  GARY PLESSMAN, AUSA
   Chief, Civil Fraud Section
4  DAVID M. HARRIS
   Assistant United States Attorney
5  California State Bar No. 145173
        Room 7516, Federal Building
6        300 North Los Angeles Street
        Los Angeles, California 90012
7        Telephone: (213) 894-8817
        Facsimile: (213) 894-2380
8        E-mail: David.M.Harris@usdoj.gov
   TONY WEST
9  Assistant Attorney General
   JOYCE R. BRANDA
10 RENÉE BROOKER
   JULLIA CALLAHAN
11 Attorneys, Civil Division
   United States Department of Justice
12        P.O. Box 261
        Ben Franklin Station
13        Washington, D.C. 20044
        Telephone: (202) 616-0291
14        Facsimile: (202) 516-7346
        E-mail: Jullia.Callahan@usdoj.gov
15 Attorneys for the United States of America

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18                         WESTERN DIVISION

| | |
|---|---|
| 19  UNITED STATES OF AMERICA, <br> ex rel. SHELBY EIDSON, | ) No. CV 10-1031 MMM (RZx) <br> ) |
| 20             Plaintiffs | ) **NOTICE OF THE UNITED STATES OF** <br> ) **AMERICA THAT IT IS NOT** <br> ) **INTERVENING AT THIS TIME** |
| 21                  v. | ) |
| 22  AURORA LAS ENCINAS, LLC; | ) **FILED UNDER SEAL PURSUANT TO** <br> ) **THE FALSE CLAIMS ACT, 31 U.S.C.** <br> ) **SECTION 3730 (b)(2)** |
| 23  CALIFORNIA MENTAL HEALTH <br> CARE NETWORK - LOS ANGELES, | ) |
| 24  LLC; SIGNATURE HEALTHCARE <br> SERVICES, LLC; PASADENA | ) [LODGED CONCURRENTLY: <br> ) [PROPOSED] ORDER RE UNITED |
| 25  OAKS, LLC; PASADENA OAKS <br> PROPERTIES, LLC; PASADENA | ) STATES OF AMERICA'S NOTICE OF <br> ) NON-INTERVENTION] |
| 26  LAS ENCINAS HEALTHCARE, LLC; <br> PASADENA LIFE PROPERTIES, | ) |
| 27  LLC; VISTA LIFE PROPERTIES, <br> LLC; AURORA LAS ENCINAS | ) |
| 28  PHARMACY, INC.; SOON K. KIM, <br> M.D.; ERIC KIM; LINDA PARKS; <br> AND P. BLAIR STAM, jointly <br> and severally, | ) |
| | ) |
|              Defendants. | ) |

1      On 6 April 2010, the Court granted the United States of
2  America's (the "government") request to extend extending the
3  intervention and sealing period through 14 October 2010.
4  However, the Court also ordered that no further extensions of the
5  intervention and sealing period would be granted.  The
6  government's investigation has not been completed and, as such,
7  the United States of America is not prepared to intervene or
8  decline to intervene in the case at this time.  Accordingly,
9  based on its understanding that the Court has declined to extend
10 the intervention and seal period, the United States hereby
11 notifies the Court that it is not intervening at this time.  The
12 government's investigation, however, will continue.

13     Although the United States is not intervening at this time,
14 it respectfully notifies the Court that the United States should
15 receive notice of any proposed dismissal of this action because
16 the United States has the right to a hearing on any objections to
17 a settlement or dismissal of the action.  See U.S. ex rel. Green
18 v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel.
19 Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir.
20 1994).  Therefore, the United States requests that, should either
21 the relator or the defendants propose to dismiss, to settle, or
22 otherwise to discontinue this action, the Court provide the
23 United States with notice and an opportunity to be heard before
24 the Court rules on or grants its approval of the proposal.

25     Pursuant to 31 U.S.C. § 3730(c)(3), the United States also
26 requests that copies of all pleadings and papers filed or lodged
27 in this action be served upon the United States, through the
28 undersigned attorneys.  The United States further requests that

all orders be sent to the undersigned attorneys. The United
States reserves its right to order any deposition transcripts and
to intervene in this action, at a later date, for good cause.

A proposed Order accompanies this Notice.

Dated: 8 October 2010

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section

DAVID M. HARRIS
Assistant United States Attorney

Attorneys for the
United States of America

3

1

## PROOF OF SERVICE BY MAIL

2       I am over the age of 18 and not a party to the within action.
3  I am employed by the Office of United States Attorney, Central
4  District of California.  My business address is 300 North Los
5  Angeles Street, Suite 7516, Los Angeles, California 90012.

6       On October 8, 2010, I served **NOTICE OF THE UNITED STATES OF**
7  **AMERICA THAT IT IS NOT INTERVENING AT THIS TIME** on each person or
8  entity named below by enclosing a copy in an envelope addressed as
9  shown below and placing the envelope for collection and mailing on
10  the date and at the place shown below following our ordinary office
11  practices.  I am readily familiar with the practice of this office
12  for collection and processing correspondence for mailing.  On the
13  same day that correspondence is placed for collection and mailing,
14  it is deposited in the ordinary course of business with the United
15  States Postal Service in a sealed envelope with postage fully
16  prepaid.

17       Date of mailing:  October 8, 2010.

18       Place of mailing: Los Angeles, California.

19       Person(s) and/or Entity(ies) to whom mailed:

20                       See attached list.

21

22       I declare that I am employed in the office of a member of the
23  bar of this Court at whose direction the service was made.

24       I declare under penalty of perjury under the laws of the United
25  States that the foregoing is true and correct and that this
26  declaration was executed on October 8, 2010 at Los Angeles,
27  California.

28

                              Angela Fiore
                              ANGELA M FIORE

SERVICE LIST

Peter J. McNulty, Esq.
827 Moraga Drive
Los Angeles, CA 90049

Kirk D. Tresemer, Esq.
Irwin & Boesen, P.C.
4100 E. Mississippi Ave., Suite 1900
Denver, CO 80246