ORIGINAL

1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
3  GARY PLESSMAN, AUSA
   Chief, Civil Fraud Section
4  DAVID M. HARRIS
   Assistant United States Attorney
5  California State Bar No. 145173
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-8817
        Facsimile: (213) 894-2380
8       E-mail: David.M.Harris@usdoj.gov
   TONY WEST
9  Assistant Attorney General
   JOYCE R. BRANDA
10 RENÉE BROOKER
   JULLIA CALLAHAN
11 Attorneys, Civil Division
   United States Department of Justice
12      P.O. Box 261
        Ben Franklin Station
13      Washington, D.C. 20044
        Telephone: (202) 616-0291
14      Facsimile: (202) 516-7346
        E-mail: Jullia.Callahan@usdoj.gov
15 Attorneys for the United States of America

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [Seal],<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>[Seal]<br><br>　　　　Defendant. | ) No. CV 10-1031 MMM (RZx)<br>)<br>) [PROPOSED] ORDER RE UNITED<br>) STATES OF AMERICA'S NOTICE OF<br>) NON-INTERVENTION<br>)<br>) LODGED UNDER SEAL PURSUANT TO<br>) THE FALSE CLAIMS ACT, 31 U.S.C.<br>) SECTION 3730 (b)(2)<br>)<br>) [FILED CONCURRENTLY: NOTICE OF<br>) UNITED STATES OF AMERICA THAT<br>) IT IS NOT INTERVENING AT THIS<br>) TIME]<br>)<br>)<br>)<br>) |

LODGED
2010 OCT -8  AM 11:45
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN, AUSA
    Chief, Civil Division
 3  GARY PLESSMAN, AUSA
    Chief, Civil Fraud Section
 4  DAVID M. HARRIS
    Assistant United States Attorney
 5  California State Bar No. 145173
         Room 7516, Federal Building
 6       300 North Los Angeles Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8817
         Facsimile: (213) 894-2380
 8       E-mail: David.M.Harris@usdoj.gov
    TONY WEST
 9  Assistant Attorney General
    JOYCE R. BRANDA
10  RENÉE BROOKER
    JULLIA CALLAHAN
11  Attorneys, Civil Division
    United States Department of Justice
12       P.O. Box 261
         Ben Franklin Station
13       Washington, D.C. 20044
         Telephone:  (202) 616-0291
14       Facsimile:  (202) 516-7346
         E-mail: Jullia.Callahan@usdoj.gov
15  Attorneys for the United States of America
```

**NOTE CHANGES MADE BY THE COURT**

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [Seal],<br><br>            Plaintiffs<br><br>       v.<br><br>[Seal]<br><br>            Defendant. | No. CV 10-1031 MMM (RZx)<br><br>**[PROPOSED] ORDER RE UNITED STATES OF AMERICA'S NOTICE OF NON-INTERVENTION**<br><br>**LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2)**<br><br>[FILED CONCURRENTLY: NOTICE OF UNITED STATES OF AMERICA THAT IT IS NOT INTERVENING AT THIS TIME] |

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California State Bar No. 145173
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8817
    Facsimile: (213) 894-2380
    E-mail: David.M.Harris@usdoj.gov
TONY WEST
Assistant Attorney General
JOYCE R. BRANDA
RENÉE BROOKER
JULLIA CALLAHAN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-0291
    Facsimile: (202) 516-7346
    E-mail: Jullia.Callahan@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHELBY EIDSON,<br><br>Plaintiffs<br><br>v.<br><br>AURORA LAS ENCINAS, LLC; CALIFORNIA MENTAL HEALTH CARE NETWORK - LOS ANGELES, LLC; SIGNATURE HEALTHCARE SERVICES, LLC; PASADENA OAKS, LLC; PASADENA OAKS PROPERTIES, LLC; PASADENA LAS ENCINAS HEALTHCARE, LLC; PASADENA LIFE PROPERTIES, LLC; VISTA LIFE PROPERTIES, LLC; AURORA LAS ENCINAS PHARMACY, INC.; SOON K. KIM, M.D.; ERIC KIM; LINDA PARKS; AND P. BLAIR STAM, jointly and severally,<br><br>Defendants. | No. CV 10-1031 MMM (RZx)<br><br>**[PROPOSED] ORDER RE UNITED STATES OF AMERICA'S NOTICE OF NON-INTERVENTION**<br><br>**LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2)**<br><br>[FILED CONCURRENTLY: NOTICE OF UNITED STATES OF AMERICA THAT IT IS NOT INTERVENING AT THIS TIME] |

ORDER

The United States of America (the "United States") not having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court orders as follows:

IT IS HEREBY ORDERED that:

1. This seal is hereby lifted on the Complaint, the Notice of the United States That It Is Not Intervening At This Time (the "Notice"), and this Order. Relator Shelby Eidson shall serve the Complaint, the Notice, and this Order upon the defendants *within 30 days*

2. All pleadings and papers filed or lodged in this action as of the date of this Order, other than those identified in Paragraph 1, shall remain under seal and shall not be made public or served upon the defendants.

3. All pleadings and papers filed or lodged in this action after the date of this Order shall not be sealed, except as provided by law or upon further order of the Court.

4. The parties shall serve all pleadings, motions, orders, and other papers filed or lodged in this action, including supporting memoranda, upon the United States. The Court Clerk shall serve the United States with all Court orders filed in this action. Delivery shall be to counsel of record for the United States.

5. Pursuant to 31 U.S.C. § 3730(c)(3), the United States may intervene in this action at a later time upon a showing of good cause.

6. Should any of the parties propose that this action be dismissed, settled, or otherwise discontinued, the Court will

provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.

IT IS SO ORDERED.

DATED: *October 14, 2010*

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented by:

_____
DAVID M. HARRIS
Assistant United States Attorney

Attorneys for the
United States of America

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On October 8, 2010, I served **[PROPOSED] ORDER RE UNITED STATES OF AMERICA'S NOTICE OF NON-INTERVENTION** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: October 8, 2010.

Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) to whom mailed:

See attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 8, 2010 at Los Angeles, California.

ANGELA M. FIORE

<u>SERVICE LIST</u>

Peter J. McNulty, Esq.
827 Moraga Drive
Los Angeles, CA 90049

Kirk D. Tresemer, Esq.
Irwin & Boesen, P.C.
4100 E. Mississippi Ave., Suite 1900
Denver, CO 80246