# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SHELBY EIDSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AURORA LAS ENCINAS, LLC, CALIFORNIA MENTAL HEALTH CARE NETWORK- LOS ANGELES, LLC, SIGNATURE HEALTHCARE SERVICES, LLC, PASADENA OAKS, LLC, PASADENA OAKS PROPERTIES, LLC, PASADENA LAS ENCINAS HEALTHCARE, LLC, PASADENA LIFE PROPERTIES, LLC, VISTA LIFE PROPERTIES, LLC, AURORA LAS ENCINAS PHARMACY, INC, SOON K. KIM, M.D., ERIC KIM, LINDA PARKS, and P.BLAIR STAM, jointly and severally,<br><br>　　　　　　Defendants. | CASE NO.:  CV10-01031-MMM(RZx)<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO SERVE COMPLAINT** |

1  After consideration of Plaintiff/Relator's Request for Enlargement of Time
2  to Serve Complaint, this Court hereby orders that:
3  Plaintiff/Relator be given until January 3, 2011 to serve the Complaint upon
4  Defendants.
5
6
   IT IS SO ORDERED.
7
8
   Date: December 01, 2010          United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28