

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN District of CALIFORNIA

United States of America, ex rel., Shelby Eidson  )
　　　　　Plaintiff  )
v.  )  Civil Action No. CV 10-1031 MMM (RZx)
Aurora Las Encinas, LLC., See Below  )
　　　　　Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AURORA LAS ENCINAS, LLC. CALIFORNIA MENTAL HEALTH CARE NETWORK - LOS ANGELES, LLC, SIGNATURE HEALTHCARE SERVICES, LLC, PASADENA OAKS, LLC, PASADENA OAKS PROPERTIES, LLC, PASADENA LAS ENCINAS HEALTHCARE, LLC, PASADENA LIFE PROPERTIES, LLC, VISTA LIFE PROPERTIES, LLC, AURORA LAS ENCINAS PHARMACY, INC., SOON K. KIM, M.D., ERIC KIM, LINDA PARKS, and P.BLAIR STAM, jointly and severally.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter J. McNulty, McNulty Law Firm, 827 Moraga Drive, Los Angeles, CA 90049.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9 DEC 2010

_____
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

```
 1  McNULTY LAW FIRM
 2  827 Moraga Drive
    Los Angeles, CA 90049
 3  Phone: (310) 471-2707
 4  Fax: (310) 472-7014
    Peter J. McNulty, Esq./SBN: 89660
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9            CENTRAL DISTRICT COURT OF CALIFORNIA
10                      WESTERN DIVISION
11
12  UNITED STATES OF AMERICA, ex      ) CASE NO.: CV10 1031 MMM (RZx)
    rel., SHELBY EIDSON               )
13                                    )
14                Plaintiffs,         ) FALSE CLAIMS COMPLAINT
                                      ) PURSUANT TO 31 U.S.C. §3729 ET
15  vs.                               ) SEQ; FILED UNDER SEAL
                                      )
16  AURORA LAS ENCINAS, LLC.          )
17  CALIFORNIA MENTAL HEALTH          )
    CARE NETWORK – LOS ANGELES,       ) JURY TRIAL DEMANDED
18  LLC, SIGNATURE HEALTHCARE         )
    SERVICES, LLC, PASADENA OAKS,     )
19  LLC, PASADENA OAKS                )
    PROPERTIES, LLC, PASADENA LAS     )
20  ENCINAS HEALTHCARE, LLC,          )
    PASADENA LIFE PROPERTIES, LLC,    )
21  VISTA LIFE PROPERTIES, LLC,       )
    AURORA LAS ENCINAS                )
22  PHARMACY, INC., SOON K. KIM,      )
    M.D., ERIC KIM, LINDA PARKS, and  )
23  P.BLAIR STAM, jointly and severally,)
                                      )
24                Defendants          )
25                                    )
                                      )
26  ─────────────────────────────────
27        COMES NOW Plaintiff United States of America ("USA") and Qui Tam
28
    Plaintiff Shelby Eidson ("Ms. Eidson") and file this complaint under the False
```

1