# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-01031 JAK (RZx) | Date | January 30, 2012 |
| Title | United States of America v. Aurora Las Encinas, LLC, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Colleen Flynn | Patrick Hooper |
| Rebecca A. Craemer | Debra A. Spicer |
| | Alan G. Gilchrist |

**Proceedings:**    STATUS CONFERNECE RE DISCOVERY

The status conference is held. The Court confers with counsel regarding the status of the case. The Fourth Amended Complaint was filed December 28, 2011 and there are motions to dismiss that are currently on calendar for March 26, 2012. Counsel have not engaged in any discovery. Plaintiff intends on taking 7-8 depositions, some of which have not yet been identified. Defendant intends on taking 4-5 depositions. Counsel have agreed upon a protective order, which is waiting to be approved by Magistrate Judge Ralph Zarefsky.

The Court continues the status conference to February 6, 2012 at 1:30 p.m. A status report shall be filed no later than 12:00 p.m. on February 3, 2012, which shall address: (i) the status of document production and, what if anything, is affecting either party from conducting discovery; and (ii) a proposed schedule of deponents.

**IT IS SO ORDERED.**

: 37

Initials of Preparer    ak