# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-01031 JAK (RZx) | Date | February 6, 2012 |
| Title | United States of America v. Aurora Las Encinas, LLC, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Alexander Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Colleen Flynn | Patrick Hooper |
| Rebecca A. Craemer | Debra A. Spicer, pro hac |
| | Alan G. Gilchrist, pro hac |

**Proceedings:**     **CONTINUED STATUS CONFERENCE RE DISCOVERY**

The continued status conference is held. The Court confers with counsel regarding the parties' February 3, 2012 status report. The Court refers counsel to Magistrate Judge Ralph Zarefsky so that he may address any issues regarding privilege. Counsel shall work expeditiously to get the matter put on his calendar.

Defendant is ordered to submit a written interrogatory no later than February 10, 2012 that addresses: (i) how the relator obtained the materials on which she relies in bringing this action; (ii) how such materials were copied; and (iii) the scope of documents in the relator's possession. Plaintiff's response shall be submitted by February 17, 2012. The interrogatory and response shall be forthcoming and straightforward; otherwise, the Court will order the relator's deposition to be taken. If either party determines that the interrogatory and/or response need to be provided under a protective order, the Court will grant such a request.

Any discovery motions shall be filed no later than March 2, 2012 and set for hearing according to Judge Zarefsky's procedures and schedules. All motions shall be organized and placed on Judge Zarefsky's calendar so that he may hear them in the most efficient manner. Counsel shall contact the clerk of this Court at the conclusion of the hearing with Judge Zarefsky so that counsel may appear before this Court.

The Court sets a status conference for February 22, 2012 at 3:30 p.m. regarding the interrogatory. Counsel shall inform the clerk whether the issue has been resolved no later than 12:00 p.m. on February 21, 2012. Counsel may make a telephonic appearance on February 22, 2012 so long as notice is given to the clerk by February 20, 2012.

///

///

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV10-01031 JAK (RZx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | United States of America v. Aurora Las Encinas, LLC, et al. | | |

A scheduling conference is set for March 26, 2012 at 8:30 a.m. The February 20, 2012 Final Pretrial Conference, March 2, 2012 Exhibit Conference, and March 6, 2012 Jury Trial are taken off calendar.

**IT IS SO ORDERED.**

cc:  Magistrate Judge Ralph Zarefsky

|  | : | 28 |
|---|---|---|
| Initials of Preparer | ak | |