UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01031 JAK (RZx) | Date | March 9, 2012 |
|---|---|---|---|
| Title | United States of America, et al. v. Aurora Las Encinas, LLC, et al. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     In Chambers –
(1) Defendant Parks' Motion to Compel Relator's Compliance With Federal Requirements for Obtaining Patient Consent for the Disclosure of Medical Records [Filed February 27, 2012 - Doc 168]
(2) Defendants Aurora Las Encinas LLC and Signature Healthcare Services LLC to Compel Plaintiff to Return Defendants' Improperly Obtained Documents [Filed March 2, 2012 - Doc 169]
(3) Joint Stipulation Re Relators' Motion for Court Order For: (1) Defendants to Issue Notice to Eligible Patients (2) Provide Opportunity For Eligible Patients to Respond (3) Protective Order Governing All Parties (4) Compel Discovery From Defendants [Filed March 2, 2012 - Doc 184]

    The hearing on Defendant Parks' Motion to Compel Relator's Compliance With Federal Requirements for Obtaining Patient Consent for the Disclosure of Medical Records [Doc 168] is continued to April 23, 2012, at 10 a.m.

    The parties have filed a document entitled "Discovery Matter Joint Stipulation Re Relators' Motion for Court Order For: (1) Defendants to Issue Notice to Eligible Patients (2) Provide Opportunity for Eligible Patients to Respond (3) Protective Order Governing All Parties (4) Compel Discovery From Defendants." [Doc 184] No motion or notice of motion accompanies the document.  Relator shall file a motion as a separate document, stating the precise relief sought.  The motion will be heard on April 23, 2012, at 10 a.m.

    All Supplemental Memoranda or replies for the above motions, as well as for Aurora and Signature Healthcare Services Motion to Compel Plaintiff to Return Defendants' Improperly Obtained Documents [Doc 169] shall be filed not later than April 9, 2012.

                                                                                                                              :
                                            Initials of Preparer                    ib