# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | LA CV10-01031 JAK (RZx) |
| Title | United States of America v. Aurora Las Encinas, LLC, et al. |
| Date | March 28, 2012 |

**Present: The Honorable** JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO DISQUALIFY SHELBY EIDSON AS RELATOR AND TO DISMISS FIRST AMENDED COMPLAINT (Dkt. 55)

On June 17, 2011, the Court expressed its views that there was not sufficient evidence to determine whether there was a factual basis to support a potential disqualification of Shelby Eidson as the relator in this action due to the allegation that she improperly removed patient records that were maintained by certain of the defendants. The Court directed that certain documents in the possession of Eidson or her counsel be provided to counsel for certain defendants in connection with the disqualification issue. The Court further directed that the motion could be considered in connection with anticipated motions for summary judgment or as a separate such motion in which factual materials could be presented. In the course of several hearings that have been conducted since June 17, 2011, the factual matters related to the request for disqualification have not been developed by the parties. Accordingly, the Court adheres to its views as expressed in its June 17, 2011 Order and DENIES the motion without prejudice to it being renewed upon the development of the factual record.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |