UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>　　　　　Defendants.<br>_____ | Case No.: 2:10-cv-1031 JAK (RZ)<br>(Hon. Ralph Zarefsky)<br><br>**[~~PROPOSED~~] ORDER ADJOURNING HEARING ON PLAINTIFF/RELATOR'S MOTION FOR SANCTIONS**<br><br>**ADJOURNED DATE: 9/~~17~~ 26/2012**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 540**<br><br>**DISCOVERY MATTER** |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

The Court, after considering the stipulation of the parties to adjourn the hearing on Plaintiff/Relator's Motion for Sanctions for one week, from September 10, 2012 to September 17, 2012 at 10:00 a.m., and after considering the moving papers and response and other documents and pleadings in this matter, hereby Orders:

That the hearing on Plaintiff/Relator's Motion for Sanctions be, and the same hereby is, adjourned from September 10, 2012 to September ~~17~~ 26, 2012 at 10:00 a.m.

SO ORDERED.

DATED: August 28, 2012

_____
Hon. Ralph Zarefsky