UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01031 JAK (RZx) | Date | August 29, 2012 |
|---|---|---|---|
| Title | United States of America, et al. v. Aurora Las Encinas, LLC, et al. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   In Chambers –
   HEARING ON PLAINTIFF/RELATOR'S MOTION FOR SANCTIONS

   The hearing on Plaintiff/Relator's Motion for Sanctions previously adjourned to Wednesday, September 26, 2012, is **advanced to Monday, September 24, 2012, at 10 a.m.**

                                                                                                  :
                                                                     Initials of Preparer         ib