# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01031-JAK-(RZx) | Date | September 11, 2012 |
|---|---|---|---|
| Title | U.S.A., ET AL. v. AURORA LAS ENCINAS LLC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**        (IN CHAMBERS)

   Defendants Aurora Las Encinas, LLC and Signature Healthcare Services LLC's Notice of Emergency Motion and Emergency Motion for Stay of the 8/28/12 Final Order on Plaintiff's Motion to Compel [document #258] is ordered STRICKEN for failure to comply with this Court's Local Rule 6-1 re noticing motions and Local Rule 7-19 re ex parte applications.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | igb |