UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01031-JAK-(RZx) | Date | September 13, 2012 |
|---|---|---|---|
| Title | U.S.A., ET AL. v. AURORA LAS ENCINAS LLC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**        (IN CHAMBERS)

    Any response to the ex parte application of defendants Aurora Las Encinas, LLC and Signature Services, LLC for stay of the August 28, 2012 final order on plaintiff's motion to compel, filed September 13, 2012,  [document #261], shall be efiled and a courtesy copy delivered to Judge Zarefsky's clerk no later than Monday, September 17, 2012 at 3:00pm.

:

Initials of Preparer         igb