# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-01031-JAK-(RZx) | Date | September 24, 2012 |
| Title | UNITED STATES OF AMERICA ex rel, et al. v. AURORA LAS ENCINAS, LLC., ET AL. | | |

| | |
|---|---|
| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
| Ilene Bernal | Recorded on Courtsmart |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michelle Uzeta | Alan G. Gilchrist<br>Debra A. Spicer<br>- for Aurora Las Encinas and<br>Signature Healthcare Services |

**Proceedings:**   HRG: RELATOR'S MOTION FOR SANCTIONS

The motion is denied for the reasons stated on the record. No written order shall issue.

|  | : | 15 |
|---|---|---|
|  | Initials of Preparer | igb |