ALAN G. GILCHRIST
E-mail: agilchrist@thehlp.com
THE HEALTH LAW PARTNERS, P.C.
29566 Northwestern Hwy., Ste. 200
Southfield, MI 48034
Telephone: (248) 996-8510
Facsimile: (248) 996-8525

DEBRA A. SPICER
E-mail: dspicer@spicerlaw.com
LAW OFFICES OF DEBRA A. SPICER, P.C.
645 Griswold Street, Suite 1717
Detroit, MI 48226
Telephone: (313) 961-2100
Facsimile: (313) 961-2333

Attorneys for Defendants
SIGNATURE HEALTHCARE SERVICES,
LLC and AURORA LAS ENCINAS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-1031 JAK (RZx)<br>Judge: Honorable Ralph Zarefsky<br><br>**STIPULATION OF THE PARTIES REGARDING DOCUMENTS TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER** |

By Order dated October 29, 2012 [Dkt. # 290], (the "Order"), Judge Kronstadt granted Defendants Aurora Las Encinas Hospital, LLC, and Signature Healthcare Services, LLC's ("Defendants") Motion for Injunction, in part, and ordered that the parties file a Stipulation relative to all patient related documents in Realtor's possession relative to individuals who were patients at Defendant ALEH (the "Documents"). Documents that are not related to Defendant ALEH patients, such as Relator's pay stubs or hospital policies, are not subject to the Order. Specifically, Judge Kronstadt ordered that the Stipulation identify which of the Documents Relator must deposit with the Court, to be filed under seal.

In accordance with the Order, the parties stipulate as follows:

1. On or before November 28, 2012, Relator shall deposit with the Court, to be filed under seal, the following documents:

Bates Stamped Document Nos.:

BS 43 - BS 44

BS 52 - BS 61

BS 64 - BS 102

BS 104 - BS 107

BS 456 - BS 561

BS 825

BS 828

BS 1544 - BS 2061

2. Neither Relator, nor any of her past or current attorney(s), shall retain any copies of the Documents deposited with the Court, either in paper or electronic format or in redacted or unredacted format.

1

3.  As to the census sheets, Bates Stamp Nos. BS 1544 - BS 2053, Relator shall submit a document to the Court that assigns each patient with a unique number, and Relator shall only be entitled to retain a copy of the list of unique numbers, excluding patient names. To the extent that Plaintiff has existing knowledge of a patient's name, Plaintiff can use that name to seek to propound authorized discovery regarding that patient.

Dated: November 28, 2012

COLLEEN FLYNN
MARK KLEIMAN
DISABILITY RIGHTS LEGAL CENTER
Attorneys for Plaintiff/Relator

By: /s/Colleen Flynn
    Colleen Flynn

Dated: November 28, 2012

PATRIC HOOPER
HOOPER, LUNDY & BOOKMAN, P.C.
Attorneys for Defendant
  LINDA PARKS

By: /s/Patric Hooper
    Patric Hooper

Dated: November 28, 2012

DEBRA A. SPICER
ALAN G. GILCHRIST
Attorneys for Defendants
  AURORA LAS ENCINAS, LLC and
  SIGNATURE HEALTHCARE SERVICES, LLC

By: /s/Debra A. Spicer
    Debra A. Spicer

By: /s/Alan G. Gilchrist
    Alan G. Gilchrist

# PROOF OF SERVICE

**STATE OF MICHIGAN, COUNTY OF OAKLAND**

As the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 29566 Northwestern Highway, Suite 200, Southfield, Michigan, 48034.

On November 29, 2012, I served true copies of the following document(s) described as **STIPULATION OF THE PARTIES REGARDING DOCUMENTS TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with The Health Law Partners, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 29, 2012, at Southfield, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

1

# SERVICE LIST
## UNITED STATES OF AMERICA, *ex rel.*, SHELBY EIDSON vs. AURORA LAS ENCINAS, LLC, *et al.*
### Case No. 2:10-cv-1031 JAK (RZx)

| | |
|---|---|
| **Colleen Flynn, Esq.**<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (213) 252-9444<br>Facsimile: (213) 252-0091<br>E-Mail: cflynnlaw@yahoo.com | Attorney for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |
| **Mark A. Kleiman, Esq.**<br>Law Offices of Mark Allen Kleiman<br>2907 Stanford Avenue<br>Venice, CA 90292<br>Telephone: (310) 306-8094<br>Facsimile: (310) 306-8491<br>E-Mail: mkleiman@quitam.org | Attorney for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |
| **Paula Pearlman, Esq.**<br>**Maria Michelle Uzeta, Esq.**<br>**Peggy A. Farrell, Esq.**<br>**Rebecca Craemer, Esq.**<br>Disability Rights Legal Center<br>800 S. Figueroa Blvd., Suite 1120<br>Los Angeles, CA 90017<br>Telephone: (213) 736-1477<br>Facsimile: (213) 736-1428<br>E-Mail: paula.pearlman@lls.edu<br>       michelle.uzeta@lls.edu<br>       peggy.farrell@lls.edu<br>       rebecca.craemer@lls.edu | Attorneys for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |

**David Martin Harris, Esq.**
AUSA United States Attorney's Office
300 N. Los Angeles Street, Rm. 7516
Los Angeles, CA 90012
Telephone: (213) 894-8817
Facsimile: (213) 894-2380
E-Mail: david.m.harris@usdoj.gov

Attorneys for Plaintiff,
*United States of America*

*Via CM/ECF*

**Andrew Penn, Esq.**
U.S. Department of Justice – Civil Div.
Commercial Litigation Branch, Fraud Section
601 D St., NW, Room 9149
Washington, DC 20004
Telephone: (202) 305-3071
Facsimile: (202) 305-4117

Attorneys for Plaintiff,
*United States of America*

*Via U.S. Mail*

**Patric Hooper, Esq.**
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: phooper@health-law.com

Attorneys for Defendant
*Linda Parks*

*Via CM/ECF*

**Debra A. Spicer, Esq.**
Law Office of Debra A. Spicer, P.C.
The Penobscot Building
645 Griswold St., Suite 1717
Detroit, MI 48226
Telephone: (313) 961-2100
Facsimile: (313) 961-2333
E-Mail: dspicer@spicerlaw.com

Attorneys for Defendants,
*Signature Healthcare Services, LLC*
and *Aurora Las Encinas, LLC*

*Via CM/ECF*