**DENIED**
BY ORDER OF THE COURT

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, and DOES 1 through 10, jointly and severally,<br><br>Defendants. | CASE NO.: 2:10-cv-1031 JAK (RZx)<br><br>(Hon. John A. Kronstadt)<br><br>~~FILED PROVISIONALLY UNDER SEAL~~<br><br>**ORDER DENYING DEFENDANT LINDA PARKS' APPLICATION TO FILE DECLARATION OF PATRIC HOOPER AND EXHIBITS IN SUPPORT OF MOTION OF LINDA PARKS TO DISMISS UNDER SEAL**<br><br>(Dkt. 301)<br><br>Date:   April 1, 2013<br>Time:   8:30 a.m.<br>Crtrm.: 750 |

On March 18, 2013, the *Ex Parte* Application of Defendant LINDA PARKS to file under seal Defendant's Declaration of Patric Hooper in Support of Motion of Defendant Linda Parks to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and Defendant Linda Parks' Index of Exhibits in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, came on for hearing before the Honorable John A. Kronstadt.  The Court

1128081.1

ORDER DENYING DEFENDANT LINDA PARKS' APPLICATION TO FILE DECLARATION OF PATRIC HOOPER AND EXHIBITS IN SUPPORT OF MOTION OF PARKS TO DISMISS UNDER SEAL

1. having fully considered the moving papers, hereby Orders:

2. Defendant's Declaration of Patric Hooper in Support of Motion of Defendant Linda Parks to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and Defendant Linda Parks' Index of Exhibits in Support of Motion to Dismiss Pursuant to Ruyle 12(b)(1) of the Federal Rules of Civil Procedure, shall not be filed under seal pursuant to Local Rule 79-5.1.

The underlying document and application to seal shall be returned and not filed under seal. There is no explanation as to the sensitivity of any of the exhibits identified in the Declaration of Patric Hooper. Moreover, among the exhibits as to which a sealing order is sought, are public documents, e.g., Exhibit E (a Los Angeles Times story); Exhibit K (a Los Angeles Times story); Exhibit M (publicly filed Complaint from Los Angeles Superior Court); Exhibit N (a Los Angeles Times story) and; Exhibit O (publicly filed Complaint from Los Angeles Superior Court). Counsel may re-file the application however any future request shall identify the basis for the requested confidentiality. Otherwise, counsel shall file any exhibits to in support of its Motion to Dismiss (Dkt. 300) no later than January 7, 2013.

DATED: January 2, 2013

_____
Hon. John A. Kronstadt
United States District Judge

**DENIED**
BY ORDER OF THE COURT

2
ORDER DENYING DEFENDANT LINDA PARKS' APPLICATION TO FILE DECLARATION OF PATRIC HOOPER AND EXHIBITS IN SUPPORT OF MOTION OF PARKS TO DISMISS UNDER SEAL