UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01031 JAK (RZx) | Date | February 14, 2013 |
|---|---|---|---|
| Title | United States of America, et al. v. Aurora Las Encinas, LLC, et al. | | |

Present: The Honorable **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   In Chambers –
**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HAVE MOTION FOR A PROTECTIVE ORDER HEARD**
Filed February 12, 2013 - Document 320

　　Defendant Parks' ex parte application for an order shortening time is granted. Defendant's motion shall be heard on March 4, 2013 at 10:00 a.m.  A Joint Stipulation need not be filed.  Relator's opposition (and any opposition from any other party) shall be filed not later than February 22, 2013.  Any reply shall be filed not later than February 25, 2013.

　　Although the Court has set the matter for hearing, it does appear to the Court that this is the sort of matter that counsel should be able to solve themselves.  The Court urges the parties to renew their efforts to do so; it will save all parties much time, effort, and money.

:
Initials of Preparer    ib