Alan G. Gilchrist    E-mail: agilchrist@thehlp.com
The Health Law Partners, P.C.
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
PH: (248) 996-8510  FAX: (248) 996-8525

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, ex rel., SHELBY EIDSON<br><div align=right>PLAINTIFF(S)</div><br>v.<br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, et al<br><div align=right>DEFENDANT(S).</div> | CASE NUMBER:<br><br>2:10-cv-1031 JAK (RZ)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

SEE ATTACHED.

**Document Description:**

☐  Administrative Record

☑  Exhibits

☐  Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑  Other  Ex Parte Application to File Under Seal; Proposed Order to File Under Seal; Defendants' Response to Relator's Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard; and Declaration of Alan G. Gilchrist

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required ( *reason* ):

| | |
|---|---|
| March 15, 2013 | /s/Alan G. Gilchrist |
| Date | Attorney Name |
| | Aurora Las Encinas, LLC and Signature Healthcare |
| | Party Represented |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

## ATTACHMENT TO NOTICE OF MANUAL FILING

Ex Parte Application to File Under Seal: (1) Defendants' Response to Relator's Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard; (2) Declaration of Alan G. Gilchrist; and (3) Exhibits

[Proposed] Order Granting Defendants Aurora Las Encinas, LLC, and Signature Healthcare Services, LLC's Ex Parte Application to File Under Seal: (1) Defendants' Response to Relator's Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard; (2) Declaration of Alan G. Gilchrist; and (3) Exhibits

Defendants' Response to Relator's Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard

Declaration of Alan G. Gilchrist in Support of Defendants' Response to Relator's Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard

Exhibits

ALAN G. GILCHRIST
E-mail: agilchrist@thehlp.com
THE HEALTH LAW PARTNERS, P.C.
29566 Northwestern Hwy., Ste. 200
Southfield, MI 48034
Telephone: (248) 996-8510
Facsimile: (248) 996-8525

DEBRA A. SPICER
E-mail: dspicer@spicerlaw.com
LAW OFFICE OF DEBRA A. SPICER, PC
645 Griswold Street, Suite 1717
Detroit, MI 48226
Telephone: (313) 961-2100
Facsimile: (313) 961-2333

Attorneys for Defendants
SIGNATURE HEALTHCARE SERVICES, LLC
AND AURORA LAS ENCINAS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON, <br><br> Plaintiffs, <br><br> vs. <br><br> AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, AND DOES 1 THROUGH 10, jointly and severally, <br><br> Defendants. | Case No.: 2:10-cv-1031 JAK (RZ) <br><br> (Hon. Ralph Zarefsky) <br><br> **PROOF OF SERVICE OF NOTICE OF MANUAL FILING** |

## PROOF OF SERVICE

**STATE OF MICHIGAN, COUNTY OF OAKLAND**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Oakland, State of Michigan.  My business address is 29566 Northwestern Highway, Suite 200, Southfield, Michigan, 48034.

On March 15, 2013, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with The Health Law Partners, P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 15, 2013, at Southfield, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

1

**SERVICE LIST**
**UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA,** *ex rel.,*
**SHELBY EIDSON vs. AURORA LAS ENCINAS, LLC,** *et al.*
**Case No. 2:10-cv-1031 JAK (RZ)**

**Colleen Flynn, Esq.**                              Attorney for Plaintiff,
3435 Wilshire Blvd., Suite 2910                     *Shelby Eidson*
Los Angeles, CA 90010
Telephone: (213) 252-9444                           *Via CM/ECF*
Facsimile: (213) 252-0091
E-Mail: cflynnlaw@yahoo.com

**Mark A. Kleiman, Esq.**                            Attorney for Plaintiff,
Law Offices of Mark Allen Kleiman                   *Shelby Eidson*
2907 Stanford Avenue
Venice, CA 90292                                    *Via CM/ECF*
Telephone: (310) 306-8094
Facsimile: (310) 306-8491
E-Mail: mkleiman@quitam.org

**Paula Pearlman, Esq.**
**Maria Michelle Uzeta, Esq.**
**Richard B. Diaz, Esq.**
Disability Rights Legal Center                      Attorneys for Plaintiff,
800 S. Figueroa Blvd., Suite 1120                   *Shelby Eidson*
Los Angeles, CA 90017
Telephone: (213) 736-1477                           *Via CM/ECF*
Facsimile: (213) 736-1428
E-Mail: paula.pearlman@lls.edu
        michelle.uzeta@lls.edu
        richard.diaz@lls.edu

2

**David Martin Harris, Esq.**
AUSA United States Attorney's Office
300 N. Los Angeles Street, Rm. 7516
Los Angeles, CA 90012
Telephone: (213) 894-8817
Facsimile: (213) 894-2380
E-Mail: david.m.harris@usdoj.gov

Attorneys for Plaintiff,
*United States of America*

*Via CM/ECF*

**Andrew Penn, Esq.**
U.S. Department of Justice – Civil Div.
Commercial Litigation Branch, Fraud Section
601 D St., NW, Room 9149
Washington, DC 20044
Telephone: (202) 305-3071
Facsimile: (202) 305-4117

Attorneys for Plaintiff,
*United States of America*

*Via U.S. Mail*

**Patric Hooper, Esq.**
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: phooper@health-law.com

Attorneys for Defendant,
*Linda Parks*

*Via CM/ECF*

**Debra A. Spicer, Esq.**
Law Office of Debra A. Spicer, P.C.
The Penobscot Building
645 Griswold St., Suite 1717
Detroit, MI 48226
Telephone: (313) 961-2100
Facsimile: (313) 961-2333
E-Mail: dspicer@spicerlaw.com

Attorneys for Defendants,
*Signature Healthcare Services, LLC
and Aurora Las Encinas, LLC*

*Via CM/ECF*

3