PAULA D. PEARLMAN, SBN 109038
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120, Los Angeles, CA 90017
(see attached additional attorney information)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, ex rel., SHELBY EIDSON<br>PLAINTIFF(S)<br>v.<br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:10-CV-1031 JAK(RZ)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

SEE ATTACHED.

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other   Declaration of Michelle Uzeta in Support of Relator's Opposition to Defendants' 12(b)(1) Motion to Dismiss.

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| March 18, 2013<br>Date | /S/ Michelle Uzeta<br>Attorney Name<br>Plaintiff Shelby Eidson<br>Party Represented |

*Note:*   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)   NOTICE OF MANUAL FILING

1  **ATTACHEMENT TO NOTICE OF MANUAL FILING G-92 FORM**

2

3  COLLEEN FLYNN, SBN 234281
   *cflynnlaw@yahoo.com*
4  ATTORNEY AT LAW
   3435 Wilshire Blvd., Suite 2910
5  Los Angeles, CA 90010
   Telephone: (213) 252-9444
6  Facsimile:  (213) 252-0091

7

8  PAULA D. PEARLMAN, SBN 109038
   *paula.pearlman@lls.edu*
9  MICHELLE UZETA, SBN 164402
   *michelle.uzeta@lls.edu*           MARK A. KLEIMAN, SBN 115919
10 RON ELSBERRY, SBN 130880           *mkleiman@quitam.org*
   *ronald.elsberry@lls.edu*          LAW OFFICES OF MARK ALLEN
11 RICHARD DIAZ, SBN 285459           KLEIMAN
   *richard.diaz@lls.edu*             2907 Stanford Avenue
12 DISABILITY RIGHTS LEGAL            Venice, CA 90292
   CENTER                             Telephone: (310) 306-8094
13 800 S. Figueroa Street, Suite 1120 Facsimile:  (310) 306-8491
   Los Angeles, California 90017
14 Telephone: (213) 736-1496
   Facsimile:  (213) 736-1428
15

16

17 Attorneys for Plaintiff/Relator

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| COLLEEN FLYNN, SBN 234281<br>*cflynnlaw@yahoo.com*<br>ATTORNEY AT LAW<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (213) 252-9444<br>Facsimile: (213) 252-0091<br><br>PAULA D. PEARLMAN, SBN 109038<br>*paula.pearlman@lls.edu*<br>MICHELLE UZETA, SBN 164402<br>*michelle.uzeta@lls.edu*<br>RON ELSBERRY, SBN 130880<br>*ronald.elsberry@lls.edu*<br>RICHARD DIAZ, SBN 285459<br>*richard.diaz@lls.edu*<br>DISABILITY RIGHTS LEGAL CENTER<br>800 S. Figueroa Street, Suite 1120<br>Los Angeles, California 90017<br>Telephone: (213) 736-1496<br>Facsimile: (213) 736-1428 | MARK A. KLEIMAN, SBN 115919<br>*mkleiman@quitam.org*<br>LAW OFFICES OF MARK ALLEN KLEIMAN<br>2907 Stanford Avenue<br>Venice, CA 90292<br>Telephone: (310) 306-8094<br>Facsimile: (310) 306-8491 |

Attorneys for Plaintiff/Relator

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.*, SHELBY EIDSON,<br><br>                              *Plaintiffs,*<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>                              *Defendants.* | Case No.: CV 10-1031 JAK (RZx)<br><br>(Hon. John A. Kronstadt)<br><br>**PROOF OF SERVICE OF NOTICE OF MANUAL FILING** |

# PROOF OF SERVICE

United States of America, ex rel., Shelby Eidson, v. Aurora Las Encinas, et al., Case No. 2:10-cv-1031 JAK (Rzx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Disability Rights Legal Center, 800 S. Figueroa Street, Suite 1120, Los Angeles, California 90017. On the date stated below, I served a true copy of: **NOTICE OF MANUAL FILING**

## SEE ATTACHED SERVICE LIST

On the parties through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

A. **By First Class Mail**: I placed each such envelope for collection and mailing at the Disability Rights Legal Center, Los Angeles, California. I am readily familiar with the DRLC's practice for collecting and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

**CM/EFC NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the court by using the CM/ECF system. Participants in the case who not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2013 Los Angeles, California.

_____
TERESA DE PAZ

# SERVICE LIST

| Service | Addressee |
|---|---|
| A | David M. Harris, Esq.<br>AUSA, United States Attorney's Office<br>300 N. Los Angeles Street, Room 7516<br>Los Angeles, CA 90012 |
| A | Raymond Liddy, Esq.<br>Deputy AG, Office of the Attorney General<br>California Department of Justice<br>1455 Frazer Road, Ste 315<br>San Diego, CA 92108 |
| A | Alan G. Gilchrist<br>THE HEALTH LAW PARTNERS, P.C.<br>29566 Northwestern Highway, Suite 200<br>Southfield, MI 48034 |
| A | Debra A. Spicer<br>Law Office of Debra A. Spicer, P.C.<br>The Penbscot Building<br>645 Griswold St., Suite 1717<br>Detroit, MI 48226 |
| A | Patric Hooper<br>Hooper, Lundy, and Bookman, Inc.<br>1875 Century Park E. #1600<br>Los Angeles, CA 90067 |
| A | Andrew Penn<br>US Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20004 |