COLLEEN FLYNN, SBN 234281
 *cflynnlaw@yahoo.com*
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile:  (213) 252-0091

PAULA D. PEARLMAN, SBN 109038
 *paula.pearlman@lls.edu*
MICHELLE UZETA, SBN 164402
 *michelle.uzeta@lls.edu*
RON ELSBERRY, SBN 130880
 *ronald.elsberry@lls.edu*
RICHARD DIAZ, SBN 285459
 *richard.diaz@lls.edu*
DISABILITY RIGHTS LEGAL
CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
Tel: (213) 736-1496; Fax: (213) 736-1428

MARK A. KLEIMAN, SBN 115919
 *mkleiman@quitam.org*
LAW OFFICES OF MARK ALLEN
KLEIMAN
2907 Stanford Avenue
Venice, CA 90292
Telephone: (310) 306-8094
Facsimile:  (310) 306-8491

Attorneys for Plaintiff/Relator

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br>*Defendants.* | Case No.: CV 10-1031 JAK (RZx)<br>(Hon. John A. Kronstadt)<br><br>RELATOR'S OBJECTIONS TO THE DECLARATION OF ALAN G. GILCHRIST IN SUPPORT OF DEFENDANTS AURORA LAS ENCINAS, LLC AND SIGNATURE HEALTHCARE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>Date:  April 8, 2013<br>Time:  8:30 a.m.<br>Ctrm:  750 |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

1  **TO THE UNITED STATES COURT FOR THE CENTRAL DISTRICT**

2  **OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

3  **RECORD:**

4      Plaintiff/Relator Shelby Eidson hereby submits the following evidentiary

5  objections to the Declaration of Alan G. Gilcrest in Support of Defendants' Motion

6  to Dismiss.

7

| **Material Objected To** | **Grounds for Objection** |
|---|---|
| Objection No. 1 <br> Para. 2: 7-8 <br> "showing that the patient could not actually read sign language" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 2<br><br>Para. 3:10-11<br><br>"reflecting her lack of personal knowledge with regard to Patient No. 11's inability to read sign language" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 3<br><br>Para. 4:13-14<br><br>"showing her lack of personal knowledge with regard to the alleged rape of Patient No. 21" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. |

3

| | |
|---|---|
| | 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| **Objection No. 4** <br> Para. 5:17 <br> "showing her lack of personal knowledge of patient No. 24" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ |

4

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Overruled _____ |
| Objection No. 5<br><br>Para. 6(a):20-21<br><br>"showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 6<br><br>Para. 6(b):23-25<br><br>"showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | | |
|---|---|---|
| 1 | | Devitt & Blackmar, Federal Jury |
| 2 | | Practice and Instructions, 2d ed. 1970, p. |
| 3 | | 211.) *Also see British Airways Bd. v.* |
| 4 | | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |
| 5 | | 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |
| 6 | | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |
| 7 | | 2005) ("Attorney argument is no |
| 8 | | substitute for evidence."). |
| 9 | | |
| 10 | | Sustained _____ |
| 11 | | Overruled _____ |
| 12 | | |
| 13 | | |
| 14 | Objection No. 7 | Speculative (Fed. R. Evid. 602); |
| 15 | Para. 6(c):27 and 6(c):1-2 | Lacks Foundation (Fed. R. Evid. 104); |
| 16 | "showing that one-on-one monitoring | Prejudicial, confusing, waste of time |
| 17 | was always started or discontinued | (Fed. R. Evid. 403); Arguments of |
| 18 | through physician order" | counsel are not evidence. 22 Fed. Prac. |
| 19 | | & Proc. Evid. § 5163 (1st ed.)(citing 1 |
| 20 | | Devitt & Blackmar, Federal Jury |
| 21 | | Practice and Instructions, 2d ed. 1970, p. |
| 22 | | 211.) *Also see British Airways Bd. v.* |
| 23 | | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |
| 24 | | 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |
| 25 | | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |
| 26 | | 2005) ("Attorney argument is no |
| 27 | | substitute for evidence."). |
| 28 | | |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Sustained _____ |
| | Overruled _____ |
| **Objection No. 8** | Speculative (Fed. R. Evid. 602); |
| Para. 6(d):4-6 | Lacks Foundation (Fed. R. Evid. 104); |
| "showing that one-on-one monitoring was always started or discontinued through physician order" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| **Objection No. 9** | Speculative (Fed. R. Evid. 602); |
| Para. 6(e):8-10 | Lacks Foundation (Fed. R. Evid. 104); |
| "showing that one-on-one monitoring was always started or discontinued | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| through physician order" | counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 10 <br> Para. 6(f):13-15 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____ <br> Overruled _____ |
| Objection No. 11 <br> Para. 6(g):17-19 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____ <br> Overruled _____ |
| Objection No. 12 <br> Para. 6(h):21-23 | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); |

9

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| "showing that one-on-one monitoring was always started or discontinued through physician order" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 13<br>Para. 7(a):25-26<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 1 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br><br>Sustained _____<br>Overruled _____ |
| Objection No. 14<br>Para. 7(b):2-3<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 12 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br><br>Sustained _____<br>Overruled _____ |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 15<br>Para. 7(c):5-6<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 13 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 16<br>Para. 7(d):8-9<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 15 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 17 <br> Para. 7(e):11-12 <br> "showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 34 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ |

13

| | |
|---|---|
| | Overruled _____ |
| **Objection No. 18**<br>Para. 7(f):15-16<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 37 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005)* ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| **Objection No. 19**<br>Para. 7(g):18-19<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 38 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

14

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____<br>Overruled _____ |
| Objection No. 20<br>Para. 7(h):21-22<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 50 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

15

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Sustained _____ |
| | Overruled _____ |
| Objection No. 21<br>Para. 8:24-25<br>"showing that the patient was admitted to a locked unit and them placed on an administrative hold" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 22<br>Para. 9:2-3<br>"showing her lack of personal knowledge with regard to the circumstances | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of |

16

| | |
|---|---|
| pertaining to Patient No. 26 being admitted to a locked unit" | counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 23 <br> Para. 10:7 <br> "evidencing the fact that a fire alarm did go off" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |

17

| | |
|---|---|
| | 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 24 <br> Para. 11:9-10 <br> "showing her lack of personal knowledge with regard to the fire discussed in her Fourth Amended Complaint" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 25 <br> Para. 12(a):13-14 | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); |

18

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| "showing distinctive discharge planning and an absence of 'patient dumping'" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 26<br>Para. 12(b):18-19<br>"showing distinctive discharge planning and an absence of 'patient dumping'" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | |
| | Sustained _____ |
| | Overruled _____ |
| Objection No. 27<br>Para. 13(a):21-22<br>"demonstrating her lack of personal knowledge as to the circumstances surrounding Patient No. 27's discharge" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | |
| | Sustained _____ |
| | Overruled _____ |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 28<br>Para. 13(b):24-25<br>"demonstrating her lack of personal knowledge as to the circumstances surrounding Patient No. 28's discharge" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 29<br>Para. 14:2-3<br>"showing legitimate bases for issuance of passes" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| 1 | 211.) *Also see British Airways Bd. v.* |
| 2 | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |
| 3 | 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |
| 4 | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |
| 5 | 2005) ("Attorney argument is no |
| 6 | substitute for evidence."). |
| 7 | |
| 8 | Sustained _____ |
| 9 | Overruled _____ |
| 10 | |

| | |
|---|---|
| Objection No. 30 | Speculative (Fed. R. Evid. 602); |
| Para. 15:5 | Lacks Foundation (Fed. R. Evid. 104); |
| "showing her lack of personal knowledge | Prejudicial, confusing, waste of time |
| as to Patient No. 29's inpatient passes" | (Fed. R. Evid. 403); Arguments of |
| | counsel are not evidence. 22 Fed. Prac. |
| | & Proc. Evid. § 5163 (1st ed.)(citing 1 |
| | Devitt & Blackmar, Federal Jury |
| | Practice and Instructions, 2d ed. 1970, p. |
| | 211.) *Also see British Airways Bd. v.* |
| | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |
| | 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |
| | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |
| | 2005) ("Attorney argument is no |
| | substitute for evidence."). |
| | |
| | Sustained _____ |

Lines: 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28

22

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Overruled _____ |
| **Objection No. 31:**<br>Para. 16:7-8<br>"showing that no passes were issued dto this patient" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| **Objection No. 32:**<br>Para. 17:10-11<br>"showing her lack of personal knowledge as to the fact that Patient No. 30 did not receive inpatient passes" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

23

| | |
|---|---|
| | Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 33:<br>Para. 18:13-16<br>"showing that the patient was admitted when there were no adolescent psychiatric beds available in Los Angeles County, and kept on one-on-one supervision until the patient was placed in an adolescent bed" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

24

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Sustained _____<br>Overruled _____ |
| Objection No. 34:<br>Para. 19:19-20<br>"showing her lack of personal knowledge with regard to the circumstances surrounding Patient No. 33's admission" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 35:<br>Para. 20:22-23<br>"showing that he was not placed on one-on-one supervision until he assaulted | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of |

25

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| "another patient" | counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 36:<br>Para. 21:25-26<br>"showing her lack of personal knowledge surrounding the circumstances under which Patient No. 34 was placed on one-on-one supervision" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |

26

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____<br>Overruled _____ |
| Objection No. 37:<br>Para. 23:7-8<br>"showing her lack of personal knowledge surrounding Patient No. 50's 2009 admission and the fact that Patient No. 50 was not a patient in March of 2009" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 38:<br>Para. 24(a):11-12 | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); |

27

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| "showing that the patient had a treatment plan timely formulated during the patient's admission" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 39:<br>Para. 24(b):16-17<br>"showing that the patient had a treatment plan timely formulated during the patient's admission" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |

28

| | |
|---|---|
| | 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____<br>Overruled _____ |
| Objection No. 40:<br>Para. 25(a):19-20<br>"showing her lack of personal knowledge regarding Patient No. 57's treatment plan" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |
| | Sustained _____<br>Overruled _____ |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 41:<br><br>Para. 25(b):22-23<br><br>"showing her lack of personal knowledge regarding Patient No. 57's treatment plan" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| Objection No. 42:<br><br>Para. 26:26-27<br><br>"showing that the patient was only placed on one-on-one monitoring after her attempted suicide" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ <br> Overruled _____ |
| Objection No. 43: <br> Para. 27:2-3 <br> "showing her lack of personal knowledge of the facts surrounding Patient No. 15's placement on one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> Sustained _____ |

31

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Overruled _____ |
| **Objection No. 44:**<br>Para. 28:6-7<br>"showing that all of the one-on-one orders were issued by physicians and none were rescinded by the Director of Nursing" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>Sustained _____<br>Overruled _____ |
| **Objection No. 45:**<br>Para. 29:9-10<br>"showing her lack of personal knowledge of the facts surrounding Patient No. 15's placement on one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| 1 | Devitt & Blackmar, Federal Jury |
| 2 | Practice and Instructions, 2d ed. 1970, p. |
| 3 | 211.) *Also see British Airways Bd. v.* |
| 4 | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |
| 5 | 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |
| 6 | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |
| 7 | 2005) ("Attorney argument is no |
| 8 | substitute for evidence."). |
| 9 | |
| 10 | Sustained _____ |
| 11 | Overruled _____ |
| 12 | |

**CONCLUSION**

Plaintiff/Relator respectfully requests that the Court sustain the above objections and strike the evidence referenced above at the hearing on Defendants' Motion to Dismiss.

DATED: March 20, 2013

COLLEEN FLYNN
DISABILITY RIGHTS LEGAL CENTER
LAW OFFICES OF MARK ALLEN KLEIMAN
Attorneys for Plaintiff/Relator

_____/s/_____
Colleen Flynn

33

OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST