UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01031 JAK (RZx) | | Date | March 20, 2013 |
|---|---|---|---|---|
| Title | United States of America, et al. v. Aurora Las Encinas, LLC, et al. | | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   In Chambers – **Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard** [Doc 339]

    Plaintiff/Relator ("Plaintiff") filed an Ex Parte Application for Order Shortening Time to Have Motion to Compel Heard on March 12, 2013. In that application, Plaintiff advised that Plaintiff also had filed an ex parte application with the District Judge, seeking an extension of the pretrial and trial dates by at least six months. Plaintiff advised this Court that the present application would be unnecessary if the District Judge extended the pretrial and trial dates, but "[i]f that motion is not granted, however, Plaintiff requests that this Court issue an order shortening the time for counsel for parties to prepare a joint stipulation and to brief the Motion to Compel." Plaintiff requested that any such motion be heard not later than March 25, 2013, the last date available consistent with the District Judge's case management order.

    The District Judge has denied Plaintiff's request to extend the pretrial and trial dates. Accordingly, this Court understands that Plaintiff now wishes to have her ex parte application to this Court considered.

    That application is denied. The Court has no basis for shortening time to hear a motion that has not been prepared and lodged, and presently exists only in the ether.

    Plaintiff's additional implicit request that the Court shorten Defendants' time to respond to discovery propounded on March 1, 2013 also is denied. No basis appears for granting that request.

    Defendant's Request for sanctions is denied.

    The Clerk shall place Plaintiff's "Ex Parte Application For Order Shortening Time to have Motion to Compel Heard; Memorandum of Points and Authorities" (Docket No. 339) under seal.

    IT IS SO ORDERED.

cc: The Honorable John A. Kronstadt

|  | : |  |
|---|---|---|
| Initials of Preparer | ib |  |