Alan G. Gilchrist    E-mail: agilchrist@thehlp.com
The Health Law Partners, P.C.
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
PH: (248) 996-8510  FAX: (248) 996-8525

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, ex rel., SHELBY EIDSON, <br> PLAINTIFF(S) <br> v. <br> AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, et al <br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:10-cv-1031 <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

SEE ATTACHED.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Ex Parte Application to File Under Seal and [Proposed] Order to File Under Seal; Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment; Index of Exhibits; and Statement of Uncontroverted Facts, etc.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| March 29, 2013 | /s/Alan G. Gilchrist |
| Date | Attorney Name |
| | Defs. Aurora Las Encinas and Signature Healthcare |
| | Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                                         NOTICE OF MANUAL FILING

## ATTACHMENT TO NOTICE OF MANUAL FILING

Ex Parte Application to File Under Seal: (1) Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Defendants Aurora Las Encinas, LLC and Signature Healthcare Services, LLC; (2) Index of Exhibits and Exhibits; and (3) Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment

[Proposed] Order Granting Defendants Aurora Las Encinas, LLC, and Signature Healthcare Services, LLC's Application to File Under Seal: (1) Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Defendants Aurora Las Encinas, LLC and Signature Healthcare Services, LLC; (2) Index of Exhibits and Exhibits; and (3) Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment

Memorandum of Points and Authorities of Defendants Aurora Las Encinas, LLC, and Signature Healthcare Services, LLC in Support of Their Motion for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure

Defendants Aurora Las Encinas, LLC, and Signature Healthcare Services, LLC's Index of Exhibits for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure

Statement of Uncontroverted Facts and Conclusions of Law in Support of Aurora Las Encinas, LLC and Signature Healthcare Services, LLC's Motion for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure

| | |
|---|---|
| ALAN G. GILCHRIST | DEBRA A. SPICER |
| E-mail: agilchrist@thehlp.com | E-mail: dspicer@spicerlaw.com |
| THE HEALTH LAW PARTNERS, P.C. | LAW OFFICE OF DEBRA A. SPICER, PC |
| 29566 Northwestern Hwy., Ste. 200 | 645 Griswold Street, Suite 1717 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| Telephone: (248) 996-8510 | Telephone: (313) 961-2100 |
| Facsimile: (248) 996-8525 | Facsimile: (313) 961-2333 |

Attorneys for Defendants
SIGNATURE HEALTHCARE SERVICES, LLC
AND AURORA LAS ENCINAS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>Defendants. | Case No.: 2:10-cv-1031 JAK (RZ)<br><br>(Hon. John A. Kronstadt)<br><br>**PROOF OF SERVICE OF NOTICE OF MANUAL FILING** |

## PROOF OF SERVICE

**STATE OF MICHIGAN, COUNTY OF OAKLAND**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 29566 Northwestern Highway, Suite 200, Southfield, Michigan, 48034.

On March 29, 2013, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with The Health Law Partners, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2013, at Southfield, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

1

Proof of Service of Notice of Manual Filing

# SERVICE LIST
## UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON vs. AURORA LAS ENCINAS, LLC, *et al.*
### Case No. 2:10-cv-1031 JAK (RZ)

| | |
|---|---|
| **Colleen Flynn, Esq.**<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (213) 252-9444<br>Facsimile: (213) 252-0091<br>E-Mail: cflynnlaw@yahoo.com | Attorney for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |
| **Mark A. Kleiman, Esq.**<br>Law Offices of Mark Allen Kleiman<br>2907 Stanford Avenue<br>Venice, CA 90292<br>Telephone: (310) 306-8094<br>Facsimile: (310) 306-8491<br>E-Mail: mkleiman@quitam.org | Attorney for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |
| **Paula Pearlman, Esq.**<br>**Maria Michelle Uzeta, Esq.**<br>**Richard B. Diaz, Esq.**<br>**Ronald Elsberry, Esq.**<br>Disability Rights Legal Center<br>800 S. Figueroa Blvd., Suite 1120<br>Los Angeles, CA 90017<br>Telephone: (213) 736-1477<br>Facsimile: (213) 736-1428<br>E-Mail: paula.pearlman@lls.edu<br>michelle.uzeta@lls.edu<br>richard.diaz@lls.edu<br>ronald.elsberry@lls.edu | Attorneys for Plaintiff,<br>*Shelby Eidson*<br><br>*Via CM/ECF* |

| | |
|---|---|
| **David Martin Harris, Esq.**<br>AUSA United States Attorney's Office<br>300 N. Los Angeles Street, Rm. 7516<br>Los Angeles, CA 90012<br>Telephone: (213) 894-8817<br>Facsimile: (213) 894-2380<br>E-Mail: david.m.harris@usdoj.gov | Attorneys for Plaintiff,<br>*United States of America*<br><br>*Via CM/ECF* |
| **Andrew Penn, Esq.**<br>U.S. Department of Justice – Civil Div.<br>Commercial Litigation Branch, Fraud Section<br>601 D St., NW, Room 9149<br>Washington, DC 20044<br>Telephone: (202) 305-3071<br>Facsimile: (202) 305-4117 | Attorneys for Plaintiff,<br>*United States of America*<br><br>*Via U.S. Mail* |
| **Patric Hooper, Esq.**<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067-2517<br>Telephone: (310) 551-8111<br>Facsimile: (310) 551-8181<br>E-Mail: phooper@health-law.com | Attorneys for Defendant,<br>*Linda Parks*<br><br>*Via CM/ECF* |
| **Debra A. Spicer, Esq.**<br>Law Office of Debra A. Spicer, P.C.<br>The Penobscot Building<br>645 Griswold St., Suite 1717<br>Detroit, MI 48226<br>Telephone: (313) 961-2100<br>Facsimile: (313) 961-2333<br>E-Mail: dspicer@spicerlaw.com | Attorneys for Defendants,<br>*Signature Healthcare Services, LLC<br>and Aurora Las Encinas, LLC*<br><br>*Via CM/ECF* |

3

Proof of Service of Notice of Manual Filing