1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally, <br> *Defendants.* | Case No.: CV 10-1031 JAK (RZx) <br> (Hon. John A. Kronstadt) <br><br> ORDER RULING ON RELATOR'S OBJECTIONS TO THE DECLARATION OF ALAN G. GILCHRIST IN SUPPORT OF DEFENDANTS AURORA LAS ENCINAS, LLC AND SIGNATURE HEALTHCARE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE <br> (DKT. 356) <br><br> Date:   April 8, 2013 <br> Time:  8:30 a.m. <br> Ctrm:  750 |

**TO THE UNITED STATES COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

Plaintiff/Relator Shelby Eidson hereby submits the following evidentiary objections to the Declaration of Alan G. Gilcrest in Support of Defendants' Motion to Dismiss.

| Material Objected To | Grounds for Objection |
|---|---|
| Objection No. 1<br>Para. 2: 7-8<br>"showing that the patient could not actually read sign language" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained; but does not affect admissibility of exhibit.[1]** |
| Objection No. 2<br>Para. 3:10-11 | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); |

---

[1] Same ruling for each subsequent objection.

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| "reflecting her lack of personal knowledge with regard to Patient No. 11's inability to read sign language" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 3 Para. 4:13-14 "showing her lack of personal knowledge with regard to the alleged rape of Patient No. 21" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | | |
|---|---|---|
| | | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| | Objection No. 4<br>Para. 5:17<br>"showing her lack of personal knowledge of patient No. 24" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| | Objection No. 5<br>Para. 6(a):20-21<br>"showing that one-on-one monitoring | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| was always started or discontinued through physician order" | (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 6<br>Para. 6(b):23-25<br>"showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | | |
|---|---|---|
| 1 2 3 4 5 | | 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 | Objection No. 7<br>Para. 6(c):27 and 6(c):1-2<br>"showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| 24 25 26 27 28 | Objection No. 8<br>Para. 6(d):4-6<br>"showing that one-on-one monitoring was always started or discontinued | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| through physician order" | counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 9 <br> Para. 6(e):8-10 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | substitute for evidence."). <br><br>**Ruling: Sustained** |
| Objection No. 10 <br> Para. 6(f):13-15 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br>**Ruling: Sustained** |
| Objection No. 11 <br> Para. 6(g):17-19 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 12 <br> Para. 6(h):21-23 <br> "showing that one-on-one monitoring was always started or discontinued through physician order" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | **Ruling: Sustained** |
| Objection No. 13<br>Para. 7(a):25-26<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 1 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 14<br>Para. 7(b):2-3<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 12 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

| | |
|---|---|
| | Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 15 <br> Para. 7(c):5-6 <br> "showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 13 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | Ruling: Sustained |
|---|---|
| Objection No. 16<br>Para. 7(d):8-9<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 15 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 17<br>Para. 7(e):11-12<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 34 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 18 <br> Para. 7(f):15-16 <br> "showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 37 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 19<br>Para. 7(g):18-19<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 38 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 20<br>Para. 7(h):21-22<br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 50 and ordering of one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v.* |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 21<br>Para. 8:24-25<br>"showing that the patient was admitted to a locked unit and them placed on an administrative hold" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 22 | Speculative (Fed. R. Evid. 602); |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Para. 9:2-3<br><br>"showing her lack of personal knowledge with regard to the circumstances pertaining to Patient No. 26 being admitted to a locked unit" | Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 23<br>Para. 10:7<br>"evidencing the fact that a fire alarm did go off" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 24<br>Para. 11:9-10<br>"showing her lack of personal knowledge with regard to the fire discussed in her Fourth Amended Complaint" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 25<br>Para. 12(a):13-14 | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); |

| | |
|---|---|
| "showing distinctive discharge planning and an absence of 'patient dumping'" | Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 26 <br> Para. 12(b):18-19 <br> "showing distinctive discharge planning and an absence of 'patient dumping'" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe,* |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | *Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 27<br>Para. 13(a):21-22<br>"demonstrating her lack of personal knowledge as to the circumstances surrounding Patient No. 27's discharge" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 28<br>Para. 13(b):24-25<br>"demonstrating her lack of personal | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| knowledge as to the circumstances surrounding Patient No. 28's discharge" | (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 29 <br> Para. 14:2-3 <br> "showing legitimate bases for issuance of passes" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. |

| | |
|---|---|
| | 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 30<br>Para. 15:5<br>"showing her lack of personal knowledge as to Patient No. 29's inpatient passes" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 31:<br>Para. 16:7-8<br>"showing that no passes were issued dto this patient" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | | |
|---|---|---|
| | | counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| | Objection No. 32: Para. 17:10-11 "showing her lack of personal knowledge as to the fact that Patient No. 30 did not receive inpatient passes" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 33:<br>Para. 18:13-16<br>"showing that the patient was admitted when there were no adolescent psychiatric beds available in Los Angeles County, and kept on one-on-one supervision until the patient was placed in an adolescent bed" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 34:<br>Para. 19:19-20<br>"showing her lack of personal knowledge with regard to the circumstances surrounding Patient No. 33's admission" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 35:<br>Para. 20:22-23<br>"showing that he was not placed on one-on-one supervision until he assaulted another patient" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | **Ruling: Sustained** |
| Objection No. 36:<br><br>Para. 21:25-26<br><br>"showing her lack of personal knowledge surrounding the circumstances under which Patient No. 34 was placed on one-on-one supervision" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 37:<br><br>Para. 23:7-8<br><br>"showing her lack of personal knowledge surrounding Patient No. 50's 2009 admission and the fact that Patient No. 50 was not a patient in March of 2009" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 38: Para. 24(a):11-12 "showing that the patient had a treatment plan timely formulated during the patient's admission" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | Ruling: Sustained |
|---|---|
| Objection No. 39:<br>Para. 24(b):16-17<br>"showing that the patient had a treatment plan timely formulated during the patient's admission" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 40:<br>Para. 25(a):19-20<br>"showing her lack of personal knowledge regarding Patient No. 57's treatment plan" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |
| Objection No. 41: Para. 25(b):22-23 "showing her lack of personal knowledge regarding Patient No. 57's treatment plan" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). **Ruling: Sustained** |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Objection No. 42:<br><br>Para. 26:26-27<br><br>"showing that the patient was only placed on one-on-one monitoring after her attempted suicide" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |
| Objection No. 43:<br><br>Para. 27:2-3<br><br>"showing her lack of personal knowledge of the facts surrounding Patient No. 15's placement on one-on-one monitoring" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v.* |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| | *Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| **Objection No. 44:** <br> Para. 28:6-7 <br> "showing that all of the one-on-one orders were issued by physicians and none were rescinded by the Director of Nursing" | Speculative (Fed. R. Evid. 602); Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence."). <br><br> **Ruling: Sustained** |
| Objection No. 45: | Speculative (Fed. R. Evid. 602); |

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST

| | |
|---|---|
| Para. 29:9-10<br><br>"showing her lack of personal knowledge of the facts surrounding Patient No. 15's placement on one-on-one monitoring" | Lacks Foundation (Fed. R. Evid. 104); Prejudicial, confusing, waste of time (Fed. R. Evid. 403); Arguments of counsel are not evidence. 22 Fed. Prac. & Proc. Evid. § 5163 (1st ed.)(citing 1 Devitt & Blackmar, Federal Jury Practice and Instructions, 2d ed. 1970, p. 211.) *Also see British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978); *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284 (Fed. Cir. 2005) ("Attorney argument is no substitute for evidence.").<br><br>**Ruling: Sustained** |

Dated:  April 5, 2013

_____
John A. Kronstadt
United States District Judge

ORDER RULING ON OBJECTIONS TO DECLARATION OF ALAN G. GILCHRIST