1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>*Defendants.* | Case No.: CV 10-1031 JAK (RZx)<br><br>(~~Hon. John A. Kronstadt~~)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF THE PARTIES RE: DEPOSITION BY VIDEO CONFERENCE |

i

1  For the reason set forth in the Stipulation of the Parties and good cause
2  showing, it is hereby ORDERED that the Deposition of Dr. Jeremy Musher shall be
3  taken by video-conference.

**IT IS SO ORDERED.**

Dated: April 19, 2013

By:_____
HON. ~~JOHN A. KRONSTADT~~ RALPH ZAREFSKY
United States ~~District~~ Magistrate Judge