**COLLEEN FLYNN**, SBN 234281
ATTORNEY AT LAW
*cflynnlaw@yahoo.com*
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 252-9444
Fax: (213) 252-0091

**PAULA PEARLMAN**, SBN 10938
*Paula.pearlman@lls.edu*
**MICHELLE UZETA**, SBN 164402
*Michelle.uzeta@lls.edu*
**RICHARD DIAZ**, SBN 285459
*Richard.diaz@lls.edu*
DISABILITY RIGHTS LEGAL CENTER
800 Figueroa Blvd., Suite 1120
Los Angeles, California 90017
Telephone: (213) 736-1477
Fax: (213) 736-1428

**MARK A. KLEIMAN**, SBN 115919
LAW OFFICES OF MARK ALLEN
KLEIMAN
*mkleiman@quitam.org*
2907 Stanford Avenue
Venice, California 90292
Telephone: (310) 306-8094
Fax: (310) 306-8491

*Attorneys for Relator/Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES of AMERICA and THE STATE of CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>        *Plaintiffs*,<br><br>    vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>        *Defendants* | Case No.: 2:10-cv-1031 JAK (RZx)<br>**FILED PROVISIONALLY UNDER SEAL**<br><br>**EX PARTE APPLICATION TO FILE UNDER SEAL: (1) RELATOR'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT; (2) RELATOR'S OBJECTIONS TO THE DECLARATION OF ALAN GHILCHRIST; (3) DECLARATION OF RICHARD DIAZ IN SUPPORT OF RELATOR'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT; (4) DECLRATION OF RICHARD DIAZ IN SUPPORT OF RELATOR'S OBJECTIONS TO THE DECLRATION OF ALAN GHILCHRIST; (5) DECLARATION OF SHLEBY EIDSON IN SUPPORT OF RELATOR'S OBJECTIONS TO THE DECLARATION OF ALAN GHILCHRIST; (6) STATEMENT OF GENUINE ISSUE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5, Relator/Plaintiff Shelby Eidson, hereby requests that this Court issue an order sealing (1) Relator's Memorandum in Opposition to Defendant's Motion for Summary Judgment, (2) Relator's Objections to the Declaration of Alan G. Gilchrist, (3) Declaration of Richard Diaz in Support of Relator's Opposition to Defendant's Motion for Summary Judgment, (4) Declaration of Richard Diaz in Support of Relator's Objections to the Declaration of Alan Gilchrist, (5) Declaration of Shelby Eidson in Support of Relator's Objections to the Declaration of Alan G. Gilchrist,  and (6) Relator's Statement of Genuine Issues. This application to file the above documents under seal is based upon the following facts:

1.     As part of Relator's Memorandum in Opposition to Defendant's Motion for Summary Judgment, Relator's Objections to the Declaration of Alan G. Gilchrist, and Relator's Statement of Genuine Issues, Relator has referred to medical records, deposition testimony, and has attached as exhibits portions of the medical records as well as the transcripts of the deposition testimony in support of her motion.

2.     This application is consistent with the Magistrate Judge Zarefsky's order that the patient information be filed under seal.

This application is brought pursuant to Local Rule 79-5.1 and is based on this application and proposed order filed concurrently with this application.


Dated: May 2, 2013                    COLLEEN FLYNN
                                      MARK KLEIMAN
                                      DISABILITY RIGHTS LEGAL CENTER
                                      Attorneys for Plaintiff/Relator

                                      By: _____/s/Richard Diaz_____
                                             Richard Diaz