COLLEEN FLYNN, SBN 234281
ATTORNEY AT LAW
cflynnlaw@yahoo.com
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 252-9444
Fax: (213) 252-0091

PAULA PEARLMAN, SBN 10938
Paula.pearlman@lls.edu
MICHELLE UZETA, SBN 164402
Michelle.uzeta@lls.edu
RICHARD DIAZ, SBN 285459
Richard.diaz@lls.edu
DISABILITY RIGHTS LEGAL CENTER
800 Figueroa Blvd., Suite 1120
Los Angeles, California 90017
Telephone: (213) 736-1477
Fax: (213) 736-1428

MARK A. KLEIMAN, SBN 115919
LAW OFFICES OF MARK ALLEN KLEIMAN
mkleiman@quitam.org
2907 Stanford Avenue
Venice, California 90292
Telephone: (310) 306-8094
Fax: (310) 306-8491

*Attorneys for Relator/Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA and THE STATE of CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>Defendants. | Case No.: 2:10-cv-1031 JAK (RZx)<br><br>**EX PARTE APPLICATION TO EXTEND THE TIME FOR CONCLUSION OF EXPERT DISCOVERY ONE WEEK TO MAY 17, 2013; DECLARATION OF MARK ALLEN KLEIMAN**<br><br>Expert Discovery Cut-off Date: May 10, 2013<br>Pretrial Conference Date: June 10, 2013<br>Trial Date: June 25, 2013 |

EX PARTE APPLICATION TO EXTEND THE TIME FOR CONCLUSION OF EXPERT DISCOVERY ONE WEEK TO MAY 17, 2013.

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-19, Relator/Plaintiff Shelby Eidson, hereby applies ex parte for an order to extend the time for conclusion of expert discovery one week to May 17, 2013, so that Relator's expert, Dr. Neal Adams, can be deposed.

Good cause exists for this request. The request to extend the expert discovery cutoff is necessary as Relator's expert, Dr. Neal Adams, is unavailable until May 11, 2013.

This application is made ex parte because of the immediacy of the expert discovery cutoff. The application is made in good faith and with no improper purpose. If Plaintiff was to submit a regularly noticed Motion to Extend the Expert Discovery Cutoff, it would be impossible to have the matter heard prior to the passing of the current May 10, 2013, deadline for Expert Discovery. Thus, the Court is respectfully requested to consider this application on an ex parte basis and for the reasons set forth above.

This ex parte application is based on this Notice, the Declaration of Mark Allen Kleiman, all pleadings and papers on file herein, all matters of which the Court may take judicial notice, and such oral argument as the Court might entertain at a hearing on this application.

Counsel for Defendants have been notified of the scheduling issue regarding Dr. Adams and have graciously agreed not to oppose Relator's request for a one week extension to the expert discovery cutoff. Furthermore, Counsel for Defendant's have agreed to a May 17, 2013 date to hold the deposition of Dr. Neal Adams. Counsel for Defendants are Debra Spicer, Alan Gilchrist and Patric Hooper. Pursuant to L.R. 7-19, counsel's business contact information is as follows:

///

///

//

EX PARTE APPLICATION TO EXTEND THE TIME FOR CONCLUSION OF EXPERT DISCOVERY ONE WEEK TO MAY 17, 2013.

2

```
ALAN G. GILCHRIST
THE HEALTH LAW PARTNERS, P.C.
29566 Northwestern Hwy., Ste. 200
Southfield, MI 48034
Telephone: (248) 996-8510
Facsimile: (248) 996-8525
E-mail: agilchrist@thehlp.com
Attorneys for Defendants
SIGNATURE HEALTHCARE SERVICES,
LLC and AURORA LAS ENCINAS, LLC

Debra A. Spicer, Esq.
Law Office of Debra A. Spicer, P.C.
The Penobscot Building
645 Griswold St., Suite 1717
Detroit, MI 48226
Telephone: (313) 961-2100
Facsimile: (313) 961-2333
E-Mail: dspicer@spicerlaw.com
Attorneys for Defendants
SIGNATURE HEALTHCARE SERVICES,
LLC and AURORA LAS ENCINAS, LLC

Patric Hooper, Esq.
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: phooper@health-law.com
Attorneys for Defendant LINDA PARKS
```

Dated: May 1, 2013                     DISABILITY RIGHTS LEGAL CENTER


By:     /s/Richard Diaz
        Richard Diaz
        Attorney for Plaintiff

EX PARTE APPLICATION TO EXTEND THE TIME FOR CONCLUSION OF EXPERT DISCOVERY ONE WEEK TO MAY 17, 2013.