# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>*Defendants.* | Case No.: CV 10-1031 JAK (RZx)<br><br>(Hon. John A. Kronstadt)<br><br>ORDER GRANTING EX PARTE APPLICATION TO STRIKE DOCKET NUMBERS 305-1 AND 386-1 (Dkt. 406) |

1   For the reasons set forth in the Ex Parte Application to Strike Docket Entries
2   ("Dkt.") 305-1 and 386-1 and good cause having been shown, it is hereby
3   ORDERED that the Clerk place Dkt. 305-1 and Dkt. 386-1 under seal. On or before
4   May 7, 2013, Counsel who filed such documents shall re-file them, with page 43 of
5   Dkt. 305-1 and page 12 of Dkt. 386-1, redacted. Each of the redacted filings shall
6   reference in its caption the docket number of the originally-filed pleading.

**IT IS SO ORDERED.**

Dated: May 2, 2013

By:_____
HON. JOHN A. KRONSTADT
United States District Judge