1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON, | Case No.: CV 10-1031 JAK (RZx) |
| 13 | (Hon. John A. Kronstadt) |
| 14 | |
| *Plaintiffs,* | |
| 15 | ORDER DENYING RELATOR'S EX |
| vs. | PARTE APPLICATION "TO |
| 16 | COMPEL …COMPLIANCE AND |
| 17 AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE | FOR RECONSIDERATION…." |
| 18 SERVICES LLC, AND DOES 1 | (DKT. 388) |
| 19 THROUGH 10, jointly and severally, | |
| 20 *Defendants.* | |

21

22

23

24

25

26

27

28

Order Granting Ex Parte Application to Extend the Time for Conclusion of
Expert Discovery One Week to May 17, 2013

1    Relator's  Ex Parte Application with respect to: (i) the contention that

2  Defendants have failed to comply with orders concerning discovery;  and (ii) to

3  reconsider the Court's prior Order denying the request to extend the time for fact

4  discovery, is DENIED. There is no showing of an emergency that warrants ex parte

5  relief. Thus, to the extent that claims are made as to non-compliance with discovery

6  obligations or orders, there is not a sufficient showing that such matters could not

7  have been raised more promptly, particularly in this matter which has been pending

8  since 2010.  The Ex Parte Application also raised issues pursuant to Civil Rule 56(f).

9  It is inefficient to consider such issues in the context of the Ex Parte Application.

10  Rather, such issues will be considered in the context of the consideration of

11  Defendants' Motions for Summary Judgment. The request for reconsideration also

12  fails. It is premised on the same claims as to non-compliance with discovery

13  obligations. Further, it fails to meet the standards of Local Rule 7-18.

14

15

16  **IT IS SO ORDERED.**

17

18

19  Dated: May 7, 2013

20      By:_____

21          HON. JOHN A. KRONSTADT
            United States District Judge

22

23

24

25

26

27

28

Order Granting Ex Parte Application to Extend the Time for Conclusion of
Expert Discovery One Week to May 17, 2013