Name & Address:
Mark Allen Kleiman [SBN 115919]
Pooja Rajaram [SBN 241777]
Law Offices of Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
310-306-8094 / 310-306-8491 (fax)
mkleiman@quitam.org / prajaram@quitam.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES of AMERICA and THE STATE of CALIFORNIA ex rel., SHELBY EIDSON, | | CASE NUMBER |
| | PLAINTIFF(S) | 2:10-cv-1031 JAK (RZx) |
| v. | | |
| AURORA LAS ENCINAS LLC, SIGNATURE HEALTHCARE SERVICES LLC, LINDA PARKS, AND DOES 1 THROUGH 10, | DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, Pooja Rajaram _____, 241777 _____, prajaram@quitam.org _____
   _____*Name*_____        *CA Bar ID Number*        *E-mail Address*
☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following

party(s)

Shelby Eidson _____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in
> accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
  ☐     I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD:  CHECK ONE BOX
  ☐     I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☑     This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

| | |
|---|---|
| Attorney Name Pooja Rajaram | CA State Bar Number 241777 |
| Firm/Government Agency Name Law Offices of Mark Allen Kleiman | |
| Address: 2907 Stanford Avenue, Venice, CA  90292 | |
| Telephone Number 310-306-8094 | Facsimile Number 310-306-8491 |
| New E-mail address  prajaram@quitam.org | |

☐   TO BE REMOVED FROM THE CASE:   **

    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 5/21/13 _____          /s/ Pooja Rajaram _____
                                                             *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.**

## PROOF OF SERVICE

STATE OF CALIFORNIA ⟩
⟩ ss.
COUNTY OF LOS ANGELES ⟩

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2907 Stanford Avenue, Venice, California, 90292.

On May 21, 2013 I served the foregoing document described as: **NOTICE OF CHANGE OF ATTORNEY INFORMATION** in this action as follows:

### SEE ATTACHED SERVICE LIST

XX   BY U.S. MAIL:  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and caused the envelope to be deposited in the mail, with postage thereon fully prepaid, at Venice, California.  [I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.]

XX   CM/ECF NOTICE OF ELECTRONIC FILING: I caused to be electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case where registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on May 21, 2013, at Venice, California

/s/   Mark Allen Kleiman
MARK ALLEN KLEIMAN

NOTICE OF CHANGE OF ATTORNEY INFORMATION                                    1

## SERVICE LIST

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | David M. Harris, Esq. | *Via CM/ECF* |
| 4 | AUSA, United States Attorney's Office | |
| 5 | 300 N. Los Angeles Street, Room 7516 | |
| 6 | Los Angeles, CA 90012 David.M.Harris@usdoj.gov | |
| 7 | Raymond Liddy | *Via CM/ECF* |
| 8 | Deputy AG, Office of the Attorney General California Department of Justice | |
| 9 | 1455 Frazee Rd., Ste. 315 San Diego, CA 92108 | |
| 10 | 619-688-6482 Raymond.Liddy@doj.ca.gov | |
| 11 | Alan G. Gilchrist | *Via CM/ECF* |
| 12 | THE HEALTH LAW PARTNERS, P.C. 29566 Northwestern Highway, Suite 200 | |
| 13 | Southfield, MI 48034 agilchirst@thehlp.com | |
| 14 | Debra A. Spicer | *Via CM/ECF* |
| 15 | Law Office of Debra A. Spicer, P.C. | |
| 16 | The Penbscot Building 645 Griswold S1., Suite 1717 | |
| 17 | Detroit, MI 48226 dspicer@spicerlaw.com | |
| 18 | Patric Hooper | *Via CM/ECF* |
| 19 | Hooper, Lundy, Bookman, Inc. 1875 Century Park E. #1600 | |
| 20 | Los Angeles, CA 90067 phooper@health-law.com | |
| 21 | Andrew Penn | *Via U.S. Mail* |
| 22 | Joyce R. Branda Jullia F. Callahan | |
| 23 | Renee Brooker US Department of Justice | |
| 24 | Commercial Litigation Branch P.O. Box 261 | |
| 25 | Ben Franklin Station Washington, DC 20044 | |
| 26 | andrew.s.penn@usdoj.gov | |
| 27 | | |
| 28 | | |