COLLEEN FLYNN, SBN 234281
 *cflynnlaw@yahoo.com*
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile:  (213) 252-0091

PAULA D. PEARLMAN, SBN 109038
 *paula.pearlman@lls.edu*
RICHARD DIAZ, SBN 285459
 *richard.diaz@lls.edu*
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
Tel: (213) 736-1496; Fax: (213) 736-1428

Attorneys for Plaintiff

MARK A. KLEIMAN, SBN 115919
 *mkleiman@quitam.org*
LAW OFFICES OF MARK ALLEN KLEIMAN
2907 Stanford Avenue
Venice, CA 90292
Telephone: (310) 306-8094
Facsimile:  (310) 306-8491

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.,* SHELBY EIDSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AURORA LAS ENCINAS LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>*Defendants.* | Case No.: CV 10-1031 JAK (RZx)<br><br>**JOINT WITNESS LIST**<br><br>**Final Pre-Trial Conference: April 7, 2014**<br><br>Time:          1:30 p.m.<br>Location:   Roybal Federal Bldg.<br>                    255 E. Temple St.,<br>                    Rm 750<br>Judge:        Hon. John A. Kronstadt |

JOINT WITNESS LIST
1

1

2

3   ALAN G. GILCHRIST                         DEBRA A. SPICER
    E-mail: agilchrist@thehlp.com              E-mail: dspicer@spicerlaw.com
4   THE HEALTH LAW PARTNERS, P.C.             LAW OFFICES OF DEBRA A.
    29566 Northwestern Hwy., Ste. 200         SPICER, P.C.
5   Southfield, MI 48034                       645 Griswold Street, Suite 1717
    Telephone: (248) 996-8510                 Detroit, MI 48226
6   Facsimile: (248) 996-8525                 Telephone: (313) 961-2100
7                                              Facsimile: (313) 961-2333

8   MICHAEL L. COHEN (SBN 206253)
    HEATHER M. McKEON (SBN 186414)
9   COHEN McKEON LLP
10  1910 West Sunset Boulevard, Suite 440
    Los Angeles, California 90026
11  Telephone: (213) 413-6400
12  Facsimile: (213) 403-6405
    cohen@cohenmckeon.com
13  mckeon@cohenmckeon.com

14
    Attorneys for Defendants
15  SIGNATURE HEALTHCARE SERVICES,
16  LLC and AURORA LAS ENCINAS, LLC

17

18

19

20

21

22

23

24

25

26

27

28

JOINT WITNESS LIST

Pursuant to Local Rule 16-5 and the Court's Orders, the parties hereby submit their Joint Witness List, including estimated time for examination.

**Case Title:** *U.S,. ex rel, Eidson v. Aurora Las Encinas, LLC, et al*
**Case No.:** CV 10-1031 JAK (RZx)

\*\* Defendants object to the testimony of this witness for the reasons set forth in Defendants' Second Supplemental Brief in Support of Motion in Limine #2 to Exclude Witnesses (to be filed)

++ Plaintiff refutes and responds to Defendants' above objections as set forth in Plaintiff's separate motion in limine responsive hereto.

| Plaintiff's Witnesses | |
|---|---|
| **Name** | **Brief Summary of Testimony** |
| Shelby Eidson | Issues relating to Plaintiff's retaliation claim and Defendants' counter-claims. |
| *\*\* Lisa Ramirez ++* | Issues relating to Plaintiff's retaliation claim and Defendants' counter-claims including Ms. Eidson's employment and work ethic. |
| *\*\* Janine Moody ++* | Issues relating to Ms. Eidson's employment and work ethic and dangerous conditions at Hospital. |
| *\*\* Aviance Contreras ++* | Issues relating to complaints/reports to expose wrongdoing by Defendants; Ms. Eidson's employment and work ethic. |
| *Mark Cline* | Issues relating to Plaintiff's retaliation claim. |
| *Kimberly Cabrera* | Issues relating to Plaintiff's retaliation claim. |
| *\*\* Belle Lagerstrom* | Issues relating to Plaintiff's retaliation claim. |
| **\*\* Arline Clyburn ++** | Details regarding Plaintiff's reports regarding witness' son |
| **\*\* Larry Grassini ++** | Details regarding Plaintiff's reports regarding witness' son; Plaintiff's motives in regards to her reporting |

| | | |
|---|---|---|
| | | activities; disciplinary action against Dr. Joseph Haraszti |
| | Dr. Soon K. Kim | Retaliatory practices and policies utilized by Signature Healthcare and its subsidiaries, including Aurora Las Encinas; Net worth of Signature and Aurora Las Encinas; Cross-complaint against Plaintiff |
| | Linda Parks | Issues relating to her role as CEO; issues related to complaints submitted by Plaintiff; efforts made by Ms. Parks to discourage reporting by employees |
| | Cheryl Cook | Issues relating to Plaintiff's employment and retaliation claim. |
| | ** Dr. Daryoush Jamal, M.D. | Details regarding the nature and extent of Plaintiff's emotional distress. |
| | ** Dr. Ashley Robertson, PsyD | Details regarding the nature and extent of Plaintiff's emotional distress. |
| | ** Dr. Joseph Haraszti | Plaintiff's motives in regards to her reporting activities and dangerous conditions at Hospital. |
| | CMS Designee/ Records Custodian | Foundation for records/documents received, maintained and published/distributed by government agency, and underlying actions and investigations. |
| | DMH Designee/ Records Custodian | Foundation for records/documents received, maintained and published/distributed by government agency, and underlying actions and investigations. |
| | Medi-Cal Designee/ Records Custodian | Foundation for records/documents received, maintained and published/distributed by government agency, and underlying actions and investigations. |

| **Defendants' Witnesses** ||
| **Name** | **Brief Summary of Testimony** |
|---|---|
| Cheryl Cook | Issues relating to Plaintiff's employment and scheduling. |
| Jerry Conway | Policies of the hospital regarding confidentiality of patient information. Types of documents removed by Plaintiff from the hospital. Information contained within the documents removed. Organizational structure of the entities. Reasons for Plaintiff's termination. Damages to Aurora Las Encinas and Signature Healthcare Services as a result of Plaintiff's conduct. |
| Tim Sides | Damages to Aurora Las Encinas and Signature Healthcare Services as a result of Plaintiff's conduct. Comparison of staffing ratios at Defendant Hospital compared with other similar facilities in the area. |
| P. Blair Stam | Organizational structure of the entities. Losses incurred by Aurora Las Encinas and Signature Healthcare Services. |
| Soon K. Kim, M.D. * | Organizational structure of entities. Damages caused to Aurora Las Encinas and Signature Healthcare Services as a result of Plaintiff's conduct. |
| Marge Chick * | Issues relating to patient care and compliance matters. |
| Margaret Andricos * | Issues regarding patient care, specifically relating to interpreter services, group therapy and discharge planning. |
| Carol Peart * | Organizational structure of the entities. |

* May call as a witness.

JOINT WITNESS LIST

5

| **Plaintiff's Witnesses (in the order in which they are proposed to be called)** | | | | |
|---|---|---|---|---|
| **Name** | **Direct** | **Cross** | **Re-Direct** | **Total** |
| Larry Grassini | 1 | .5 | .5 | 2 |
| Shelby Eidson | 4 | 3 | .5 | 7.5 |
| *Lisa Ramirez* | 1.5 | 1 | .5 | 3 |
| *Janine Moody* | 1 | .5 | .5 | 2 |
| *Aviance Contreras* | 1 | .5 | .5 | 2 |
| *Mark Cline* | 2 | 1 | .5 | 3.5 |
| *Kimberly Cabrera* | 1 | .5 | .5 | 2 |
| *Belle Lagerstrom* | 1 | .5 | .5 | 2 |
| Arline Clyburn | 1 | .5 | .5 | 2 |
| Dr. Soon K. Kim | 2 | 1 | .5 | 3.5 |
| Linda Parks | 2 | 1 | .5 | 3.5 |
| Cheryl Cook | 2.5 | 1.5 | .5 | 4.5 |
| Dr. Ashley Robertson | 1 | .5 | .5 | 2 |
| Dr. Daryoush Jamal | 1 | .5 | .5 | 2 |
| Dr. Joseph Haraszti | 2 | 1 | 1 | 4 |
| CMS Designee/ Records Custodian | 1 | .5 | .25 | 1.75 |
| DMH Designee/ Records Custodian | 1 | .5 | .25 | 1.75 |
| Medi-Cal Designee/ Records Custodian | 1 | .5 | .25 | 1.75 |
| TOTAL | 27 | 15 | 8.75 | 50.75 |

| **Defendants' Witnesses (in the order in which they are proposed to be called)** | | | | |
|---|---|---|---|---|
| **Name** | **Direct** | **Cross** | **Re-Direct** | **Total** |
| Cheryl Cook | 2 | 1.5 | 1 | 4.5 |
| Jerry Conway | 2 | 1.5 | 1 | 4.5 |
| Tim Sides | 1 | .5 | .5 | 2 |
| P. Blair Stam | 2 | .5 | .5 | 3 |
| Soon K. Kim, M.D. * | 1 | 1 | .5 | 2.5 |
| Marge Chick * | 1 | 1 | .5 | 2.5 |
| Margaret Andricos * | 1 | .5 | .5 | 2 |
| Carol Peart * | 1 | 1 | .5 | 2.5 |
| **Total** | **11** | **7.5** | **5** | **23.5** |

| **Alphabetical Listing of All Witnesses** <br> **(for those witnesses each party intends to call,** <br> **the totals shown below are combined)** | | | | |
|---|---|---|---|---|
| **Name** | **Direct** | **Cross** | **Re-Direct** | **Total** |
| Margaret Andricos | 1 | .5 | .5 | 2 |
| Kimberly Cabrera | 1 | .5 | .5 | 2 |
| Marge Chick | 1 | 1 | .5 | 2.5 |
| Mark Cline | 2 | 1 | .5 | 3.5 |
| Arline Clyburn | 1 | .5 | .5 | 2 |
| Aviance Contreras | 1 | .5 | .5 | 2 |
| Jerry Conway | 2 | 1.5 | 1 | 4.5 |
| Cheryl Cook | 4.5 | 3 | .5 | 8 |
| Shelby Eidson | 4 | 3 | .5 | 7.5 |

| | | | | |
|---|---|---|---|---|
| Larry Grassini | 1 | .5 | .5 | 2 |
| Dr. Joseph Haraszti | 2 | 1 | 1 | 4 |
| Dr. Daryoush Jamal M.D. | 1 | .5 | .5 | 2 |
| Soon K. Kim, M.D. | 3 | 2 | .5 | 5.5 |
| Belle Lagerstrom | 1 | .5 | .5 | 2 |
| Janine Moody | 1 | .5 | .5 | 2 |
| Linda Parks | 2 | 1 | .5 | 3.5 |
| Carol Peart | 1 | 1 | .5 | 2.5 |
| Lisa Ramirez | 1.5 | 1 | .5 | 3 |
| Ashley Robertson PsyD | 1 | .5 | .5 | 2 |
| Tim Sides | 1 | .5 | .5 | 2 |
| P. Blair Stam | 2 | .5 | .5 | 3 |
| CMS Designee/ Records Custodian | **1** | **.5** | **.25** | **1.75** |
| DMH Designee/ Records Custodian | **1** | **.5** | **.25** | **1.75** |
| Medi-Cal Designee/ Records Custodian | **1** | **.5** | **.25** | **1.75** |
| **Total** | **38** | **22.5** | **12.25** | **72.75** |

Based on the above, Plaintiff estimates a maximum of 24 hours total to present her case in chief. Plaintiff also reserves the right to call any witness on Defendants' witness list that the Defendant does not call in her case in chief. Plaintiff also reserves their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

Based on the above, Defendants estimate that they will need approximately 11 hours to present their case. Defendants reserve the right to call any witness that the Plaintiff does not call in her case in chief. Defendant also reserves their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

DATED: March 31, 2014          Respectfully Submitted,

                               COLLEEN FLYNN
                               MARK A. KLEIMAN
                               DISABILITY RIGHTS LEGAL CENTER

                            By: _____
                               RICHARD DIAZ
                               Attorney for Plaintiff

DATED: March 31, 2014          By:_____
                               MICHAEL L. COHEN
                               COHEN McKEON LLP
                               Attorneys for Defendants
                               SIGNATURE HEALTHCARE SERVICES,
                               LLC and AURORA LAS ENCINAS, LLC

4825-5735-4521, v.  3