UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.*, SHELBY EIDSON,<br><br>        Plaintiffs,<br>vs.<br><br>AURORA LAS ENCINAS, LLC, LINDA PARKS, SIGNATURE HEALTHCARE SERVICES, LLC, AND DOES 1 THROUGH 10, jointly and severally,<br><br>        Defendants. | Case No.: 2:10-cv-1031 JAK (RZ)<br>Hon. John A. Kronstadt<br><br>**ORDER DENYING STIPULATION TO CONTINUE TRIAL DATE**<br><br>**TRIAL DATE: 7/29/2014**<br>**TIME: 8:30 A.M.**<br>**COURTROOM: 750** |

The Court, after considering the stipulation of the parties to adjourn the trial date from July 29, 2014 to September 23, 2014 at 8:30 a.m., and after considering the matter, hereby Orders:

That the stipulation is denied. The date for trial shall remain July 29, 2014, at 8:30 a.m. All other pre-trial dates previously set by the Court in this case shall remain the same.

SO ORDERED.

DATED: June 5, 2014

_____
Hon. John A. Kronstadt
United States District Judge